**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| VALEANT PHARMACEUTICALS INTERNATIONAL, SALIX PHARMACEUTICALS LTD. and COSMO TECHNOLOGIES LIMITED,<br><br>          Plaintiffs,<br><br>     v.<br><br>ACTAVIS LABORATORIES FL, INC., ACTAVIS PHARMA, INC., TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>          Defendants. | Civil Action No.:   __18-1288 (UNA)__ |

**DECLARATION OF STEPHEN R. BYRN PH.D. IN SUPPORT OF PLAINTIFFS'
MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY
INJUNCTION**

- 1 -

I, Stephen R. Byrn Ph.D., declare as follows:

1.      I am the Charles B. Jordan Professor of Medicinal Chemistry at Purdue University. I am submitting this declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

2.      I have been retained by McDermott Will & Emery, LLP, the legal representative of Plaintiffs Valeant Pharmaceuticals International and Salix Pharmaceuticals Ltd. (collectively, "Bausch"), as an expert witness for the above-captioned civil suit.

3.      I am being compensated for my time in connection with this matter at my standard rate, which is $750/hour.  My compensation is in no way tied to the opinions expressed herein or to the outcome of this or any other proceeding.

4.      I understand that in this suit, Bausch alleges that Defendants Actavis Laboratories FL, Inc., Actavis Pharma, Inc., Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Limited (collectively, "Defendants") infringe U.S. Patent No. 10,052,286 (the "'286 Patent" or "Asserted Patent") by commercially manufacturing, using, offering to sell, or selling within the United States or importing into the United States a generic version of budesonide extended-release tablets, for oral use, that is the subject of ANDA No. 205457 (hereinafter, the "Accused Product.").

5.      I understand that this case is at a preliminary stage and that, at this time, Bausch is asserting infringement of claims 6 and 16 of the '286 Patent.  Accordingly, I confine my opinions in this declaration to those two claims.  I reserve the right to supplement the opinions in this declaration should additional claims be asserted in the course of the litigation.

6.      In preparing this declaration, I have reviewed several references, which are listed in Appendix A, and I have further relied upon my experience in the art of pharmaceutical formulations and considered the general knowledge in the art.  I reserve the right to amend, supplement, or alter my analysis or opinions in view of any new information later presented to me.

- 2 -

## I.   SUMMARY OF OPINIONS

7.    My opinions regarding the infringement and validity of the '286 Patent are summarized in the following paragraphs.

8.    Based on my understanding of the law as communicated to me by counsel, the Accused Product infringes at least claims 6 and 16 of the '286 Patent.

9.    Based on my understanding of the law as communicated to me by counsel, the claims of the '286 patent are valid.

## II.   QUALIFICATIONS

10.    My qualifications and credentials are fully set forth in my Curriculum Vitae, attached hereto as Ex. 1.

11.    I have served as the Charles B. Jordan Professor of Medicinal Chemistry in the School of Pharmacy and Pharmaceutical Sciences, Department of Industrial and Physical Pharmacy at Purdue University since my appointment in 1992.

12.    I started at Purdue as an Assistant Professor of Medicinal Chemistry in 1972 and have held the title of Professor of Medicinal Chemistry at Purdue since 1981.  During my time at Purdue, I have served as the Associate Department Head of Medicinal Chemistry from 1979 to 1988, Assistant Dean of the Graduate School from 1984 to 1988, as Head of the Department of Medicinal Chemistry and Pharmacognosy from 1988 to 1994 and as Head of the Department of Industrial and Physical Pharmacy from 1994 to 2009.

13.    Before I came to Purdue, I earned my undergraduate degree in Chemistry at DePauw University from 1962-1966, my graduate degree in Organic and Physical Chemistry from the University of Illinois from 1966-1970, and performed postdoctoral work at the University of California, Los Angeles from 1970-1972.

14.    Over the course of my academic career, I have won numerous awards and honors, including the FDA Honor Award in 2013 and the American Association of Pharmaceutical Scientists David Grant Research Achievement Award in Physical Pharmacy in 2009.  In 2010,

the Journal of Pharmaceutical Sciences dedicated a Special Issue to me in honor of my contributions to the field of solid state pharmaceutics.  In 2016 I received the Dale Wurster award from the American Association of Pharmaceutical Scientists based on my record and expertise in formulation.  In 2018 I received the Morrill award at Purdue University which is given to the most outstanding faculty member at Purdue University.  In 2018 I will also receive the 2018 Global Pharmaceutical Health Award from the American Association of Pharmaceutical Scientists.

15.     I am an author of three textbooks and three book chapters relating to pharmaceutical chemistry and have also authored over 170 publications in the field.

16.     Based on my education and academic experience, I am a technical expert in pharmaceutical formulations and thus able to testify with respect to the scientific teachings and validity of the '286 Patent and Defendants' infringement thereof from the viewpoint of a person of ordinary skill in the art ("POSITA").

## III.     BACKGROUND

### A.     Technology Background

17.     Ulcerative colitis is a long-term condition that results in inflammation and ulcers of the colon (also called the large intestine) and rectum.  *See* Mayo Clinic Staff, "Ulcerative colitis,"     available     at:     https://www.mayoclinic.org/diseases-conditions/ulcerative-colitis/symptoms-causes/syc-20353326 (accessed Aug. 16, 2018).  The inflammation of the colon caused by ulcerative colitis can lead to bleeding, diarrhea, and abdominal pain and cramping.  *Id.*

18.     For treatment of ulcerative colitis, it is preferable to deliver drugs specifically to the colon.  *See* David R. Friend, "Colon-specific drug delivery," 7 ADVANCED DRUG DELIVERY REVIEWS 149, 149 (1991) ("Several diseases, including IBD, can be treated more effectively by local delivery of anti-inflammatory agents to the large intestine.")[1]; M.K. Chourasia and S.K.

---

[1] Ulcerative colitis is a subset of inflammatory bowel disease ("IBD").  *See* Kathleen A. Head and Julie S. Jurenka, "Inflammatory Bowel Disease Part I: Ulcerative Colitis – Pathophysiology and Convential and Alternative

Jain, "Pharmaceutical approaches to colon targeted drug delivery systems, 6 J. PHARM. PHARMACEUT. SCI. 33, 33 (2003) ("Colon targeting is naturally of value for the topical treatment of diseases of colon such as Chron's diseases, ulcerative colitis, colorectal cancer and amebiasis.")  While several routes of delivery are available, oral dosage forms do not require sterile preparation (allowing for greater flexibility in manufacturing), are less prone to spoilage, and tend to be less expensive than other forms; they are also convenient for patients of all age groups (promoting patient adherence to treatment protocols).  *See* Iain L. O. Buxton, "Chapter 2: Pharmacokinetics: The Dynamics of Drug Absorption, Distribution, Metabolism, and Elimination," GOODMAN & GILMAN'S: THE PHARMACOLOGICAL BASIS OF THERAPEUTICS (Laurence Brunton *et al.* eds., 13th ed. 2017) ("Oral ingestion is the most common method of drug administration.  It also is the safest, most convenient, and most economical."); P. Gayarthi, "A mini review on oral dosage forms," 5 *Res. and Rev.: J. Chem.* 130, 130, 132 (2016).

19.    Using oral dosage forms to deliver drugs specifically to the colon presents challenges relating to preventing absorption of drugs in the stomach and small intestine (collectively, the "upper GI tract").  It is important to prevent absorption of drugs in the upper GI tract to minimize systemic absorption and to increase drug concentration at the target site (i.e. in the colon).  *See* Alf Lamprecht *et al.*, "Biodegradable nanoparticles for targeted drug delivery in treatment of inflammatory bowel disease," 299 J. PHARM. AND EXP. THER. 775, 775 (2001) ("The ordinary treatment of inflammatory bowel disease required the frequent intake of anti-inflammatory drugs at high doses, leading to significant adverse events."). Addressing these challenges is especially important when administering budesonide because budesonide is a potent steroid and, therefore, prolonged systemic absorption can lead to detrimental side effects such as immune suppression.  *See* Uceris® Package Insert at 1 ("UCERIS (budesonide) is a glucocorticosteroid . . . ."), 2 (listing immunosuppression among potential adverse reactions of systemic glucocorticosteroid use); Robert Löfberg *et al.*, "Oral budesonide verses prednisolone

---

Treatment Options," 8 ALTERNATIVE MEDICINE REVIEW 247, 247 (2003) ("Inflammatory bowel disease (IBD) encompasses several chronic inflammatory conditions, most significantly ulcerative colitis (UC) and Crohn's disease (CD).").

in patients with active extensive and left-sided ulcerative colitis," 110 GASTROENTEROLOGY 1713, 1713 (1996) ("Budesonide is a highly potent glucocorticosteroid (GCS) . . . .").

20.     The success of an oral dosage form also requires optimal pharmacokinetic ("PK") parameters—achieving drug concentrations and oral bioavailability at the right level and at the right time.  PK depends in part on the tablet coating and the excipients used in the formulation. *See* '286 Patent at col. 12:41-47 ("The formulation Budesonide MMX$^{TM}$ extended release tablets 9 mg was found not bioequivalent to the reference Entocort® EC 3x3 mg capsules in terms of rate and extent of bioavailability since the 90% CI for $C_{max}$ and $AUC_{0-t}$ did not fall within the 80%-125% limits required by current guidelines . . . .").

21.     Optimal PK for budesonide requires an extended release tablet that performs within specific parameters, as described in the '286 Patent.  *See* '286 Patent at col. 7:30-46 ("The tablets according to the present invention, when designed to be used to treat inflammatory bowel disease, in principle have to show a good resistance [to the gastric environment] . . . [and] an active ingredient dissolution at a progressive and quite constant rate during a timeframe from 6 to 12 hours . . . .").  Selecting the right excipients is thus critical in formulating budesonide with the desired PK properties.

## B.     The '286 Patent

22.     The U.S. Patent and Trademark Office issued the '286 Patent, entitled "Controlling Release and Taste Masking Oral Pharmaceutical Composition," on August 21, 2018.  '286 Patent, Face ("Date of Patent").

23.     The '286 Patent issued from U.S. Patent Application No. 15/646,585 (the "'585 Application"), which was filed on July 11, 2017.  '286 Patent, Face ("Appl. No.").  The '585 Application was published on October 26, 2017, as U.S. Publication No. 2017/0304209 A1. '286 Patent, Face ("Prior Publication Data").

24.     The '286 Patent is directed to novel extended release formulations of budesonide that achieve a specific oral bioavailability, measured as area under the curve ("$AUC_{0\text{-}infinity}$") and peak concentration ("$C_{max}$").

25.     The specification of the '286 Patent discloses that the extended release budesonide tablets consist of a gastro-resistant film covering and a tableted core matrix including 9 mg of budesonide, hydroxypropyl cellulose and magnesium stearate.  *See* '286 Patent at, *e.g.*, Example 2.

26.     The '286 Patent claims an extended release formulation for budesonide (1) including specific excipients and other features and (2) having certain explicit PK parameters for effectively treating ulcerative colitis.  *E.g.*, '286 Patent, claim 1.  Several claims of the '286 Patent are directed to embodiments that include additional excipients such as a starch derivative. *E.g.*, '286 Patent, claims 6 and 16.

### C.     $AUC_{0\text{-}infinity}$ and $C_{max}$

27.     Pharmacokinetics provides a description of the movement of drugs within the body.  $AUC_{0\text{-}infinity}$ and $C_{max}$ are two pharmacokinetic parameters referred to in the claims of the '286 Patent.  *See* '286 Patent at, *e.g.*, claim 1.  Both of these parameters relate to the concentration of the drug—in this case budesonide—in the blood plasma or serum of the patient taking it.

28.     Pharmacologists frequently describe the change over time in the concentration of drug in the blood plasma using a graph called the "plasma drug concentration-time curve."  A typical[2] plasma drug concentration-time curve for oral drug absorption is shown in Figure 1, below:

---

[2] This curve is not necessarily typical of extended-release formulations or of budesonide.  I use it here only as a guide to explain the PK parameters claimed in the '286 Patent.

Figure 1: Typical Plasma Drug Concentration-Time Curve for Oral Absorption



29.     As shown in the curve above, the plasma concentration of drug typically increases very rapidly upon ingestion of an oral dosage form.  As time passes, the drug is eliminated from the plasma, either by metabolism (*i.e.* breakdown or conversion of the drug to another substance or substances) or excretion.  *Goodman & Gilman's* illustrates the absorption, metabolism, and excretion of a drug thusly:



Source: Laurence L. Brunton, Randa Hilal-Dandan, Björn C. Knollmann: Goodman & Gilman's: The Pharmacological Basis of Therapeutics, Thirteenth Edition: Copyright © McGraw-Hill Education. All rights reserved.

Buxton at Figure 2-1.

30.     The peak of the curve represents maximum concentration ("$C_{max}$") of drug in the plasma.  '286 Patent at col. 6:62-64 ("$C_{max}$ . . . corresponds to 'peak concentration", i.e., the peak plasma concentration of a drug after oral administration.").

31.     The area under the curve ("AUC") represents the sum of the concentrations over time and therefore serves as an indication of the overall exposure of the body to the drug.  *See* '286 Patent at col. 6:57-59 ("AUC . . . corresponds to 'area under the curve', i.e., the integral of the concentration-time curve (after a single dose or in steady state)."). This overall exposure also provides a measure of the "bioavailability" or, with respect to oral dosage forms, "oral bioavailability."  Depending on the analytical purpose, AUC may be measured between any two time points after dosing.  Thus, for the sake of clarity, pharmacologists specify the time period over which AUC is assessed in the general format $AUC_{t1-t2}$.  The total bioavailability of the drug can therefore be denoted as the AUC from the time point of first administration (t = 0) until a fictional point infinitely far in the future (t = infinity).[3]  *See id.* at col. 6:59-61 ("In particular, $AUC_{0-t}$ is the area under the curve up to the last point and $AUC_{0-\infty}$ is the area under the curve up to infinite.").  Thus, the total oral bioavailability of a drug can be denoted as $AUC_{0-infinity}$.

D.     **The Asserted Claims**

32.     I understand that Bausch is currently asserting claims 6 and 16 of the '286 Patent (collectively, the "Asserted Claims.").  Claims 6 and 16 are both dependent claims, depending from claims 4 and 14, respectively, which in turn depend from claim 1 and 11, respectively. The Asserted Claims and the independent claims from which they depend are reproduced below:

1. An oral dosage form consisting essentially of (1) a tableted core, and (2) a

gastro-resistant film on said tableted core, wherein said tableted core consists of a

matrix comprising:

(a) 9 mg of budesonide;

---

[3] The elimination of a drug is typically measured by "half-lives," meaning that every so often (but always the same amount of time), half of the remaining drug is eliminated.  Thus, plasma concentration approaches zero, but never quite gets there.  Mathematically, it can be said that the plasma concentration falls to zero after an infinite amount of time.

(b) hydroxypropyl cellulose; and

(c) magnesium stearate, stearic acid, or a mixture thereof;

and wherein following oral administration of the oral dosage form the a human, the oral dosage form provides an $AUC_{0\text{-}infinity}$ of said budesonide in said human of about $16431.2 \pm 10519.8$ (pg)x(h)/mL, wherein said oral dosage form is in the form of a tablet and provides extended release of budesonide in the colon of said human effective to treat ulcerative colitis in said human.

4. The oral dosage form of claim 1, wherein said matrix comprises magnesium stearate and further comprises starch or a starch derivate.

6. The oral dosage form of claim 4, wherein said matrix comprises a starch derivative.

11. An oral dosage form consisting essentially of (1) a tableted core, and (2) a gastro-resistant film on said tableted core, wherein said tableted core consists of a matrix comprising:

(a) 9 mg of budesonide;

(b) hydroxypropyl cellulose; and

(c) magnesium stearate, stearic acid, or a mixture thereof;

and wherein following oral administration of the oral dosage form the a human, the oral dosage form provides a $C_{max}$ of said budesonide in said human of about $1348.8 \pm 958.8$ pg/mL, wherein said oral dosage form is in the form of a tablet and provides extended release of budesonide in the colon of said human effective to treat ulcerative colitis in said human.

14. The oral dosage form of claim 11, wherein said matrix comprises magnesium stearate and further comprises starch or a starch derivate.

16. The oral dosage form of claim 14, wherein said matrix comprises a starch derivative.

33.     The only difference between claim 1 and claim 11 is that claim 1 recites that "the oral dosage form provides an $AUC_{0\text{-}infinity}$ of said budesonide in said human of about 16431.2 ± 10519.8 (pg)x(h)/mL" whereas claim 11 recites that "the oral dosage form provides a $C_{max}$ of said budesonide in said human of about 1348.8 ± 958.8 pg/mL."

34.     Claims 4 and 14 recite the same additional limitation on their respective independent claims, providing that the "tableted core comprises magnesium stearate and further comprises starch or a starch derivative."  Similarly, claim 6 and 16 recite the same additional limitation on claims 4 and 14, respectively: "said matrix comprises a starch derivative."

## IV.     THE ACCUSED PRODUCT INGRINGES CLAIMS 6 AND 16 OF THE '286 PATENT

### A.     Legal Standards

35.     The following description of the legal standards relating to infringement reflects my understanding of the law as communicated to me by counsel.

36.     Assessing patent infringement is a two-step process.  First, the claims must be construed to determine the meaning of the words in the claims.  Claim terms are construed to carry the meaning that would be ascribed to the words by a POSITA given the terms' plain and ordinary meaning in light of the specification and prosecution history of the patent in which the claims terms appear.  Second, the terms as construed must be compared to the features of the accused product.  Patent infringement occurs when all of the elements recited in the claims are present in the accused product.  Infringement of a dependent claim occurs when the accused product contains all of the elements of the dependent claim and the claim from which it depends.

### B.     Person of Ordinary Skill in the Art

37.     I understand that claim terms are to be interpreted from the perspective of a person of ordinary skill in the art ("POSITA") at the priority date of the patent.

38.     I understand that the priority date of the '286 Patent is July 11, 2011.

- 11 -

39.     A POSITA with respect to the '286 Patent would have a degree in chemistry, pharmaceutical chemistry, pharmacy, medicine, clinical pharmacology, pharmacokinetics, or another pharmaceutical science-related field, and at least three years of experience in designing, developing, evaluating, and/or testing pharmaceutical formulations.

## C.     Claim Construction

40.     I have reviewed the claims, the specification, and the prosecution history of the '286 Patent.  I understand that these documents are collectively referred to as the "intrinsic evidence."

41.     Based on my review of the intrinsic evidence, the terms used in claims 6 and 16 of the '286 Patent (and their respective independent claims) carry their plain and ordinary meaning.

42.     My opinion is further supported by my reading of the claims.  Claims 6 and 16 are readily understandable to me and would be readily understandable to the POSITA.

43.     I understand that the phrases "consisting essentially of" and "comprising" carry a special meaning in patent law.  Specifically, I understand that the phrase "consisting essentially of" limits the scope of a claim to the specified materials and additional, unrecited materials that do not materially affect the basic and novel characteristics of the claimed invention.  I further understand that "comprising" is inclusive or open-ended and does not exclude additional, unrecited elements.

## D.     Comparison of Claim Elements to Accused Product

44.     It is my opinion that the Accused Product infringes claims 6 and 16 of the '286 Patent.

45.     As shown in the chart below, I have compared the elements of claims 6 and 16 of the '286 patent to the features of the Accused Product (as described in the Actavis Package Insert for "BUDESONIDE- budesonide tablet, film coated, extended release" (hereinafter, "Actavis Label"), attached hereto as Exhibit 2), and I have found that each claim element is present.

- 12 -

| Claim 1 | The Accused Product |
|---|---|
| An oral dosage form | The Accused Product is delivered in an oral dosage form. Actavis Label at 1 ("BUDESONIDE extended-release tablets, *for oral use*"); 1 ("The recommended *dosage* for the induction of remission in adult patients with active, mild to moderate ulcerative colitis is one 9 mg tablet to be taken once daily. . . ."). |
| consisting essentially of (1) a tableted core, and (2) a gastro-resistant film on said tablet core, | The Accused Product consists essentially of (1) a tableted core, Actavis Label at 7 ("The *tablet core* contains budesonide with polymers that provide for extended-release of budesonide."), and (2) a gastro-resistant film on said tablet core, Actavis Label at 8 ("The tablet core is *enteric coated to protect dissolution in gastric juice* which delays budesonide release until exposure to a pH greater than or equal to 7 in the small intestine."). |
| wherein said tableted core consists of a matrix comprising:<br>     (a) 9 mg of budesonide;<br>     (b) hydroxypropyl cellulose; and<br>     (c) magnesium stearate, stearic acid, or a mixture thereof; | The tableted core of the Accused Product consists of a matrix. Actavis Label at 8 ("Upon disintegration of the coating, the *core matrix* provides extended-release of budesonide in a time dependent manner.")<br><br>The core matrix of the Accused Product comprises 9 mg of budesonide. Actavis Label at 2 ("Each extended-release tablet contains *9 mg budesonide*.")<br><br>The core matrix of the Accused Product comprises hydroxypropyl cellulose. Actavis Label at 7 ("Each tablet contains the following inactive ingredients: . . . *hydroxypropyl cellulose* . . . .")<br><br>The core matrix of the Accused Product comprises magnesium stearate. Actavis Label at 7 ("Each tablet contains the following inactive ingredients: . . . *magnesium stearate* . . . .") |
| and wherein following oral administration of the oral dosage form to a human, the oral dosage form provides an $AUC_{0-inf}$ of said budesonide in said human of about $16431.2 \pm 10519.8$ (pg)(hr)/ml, | Following oral administration of the Accused Product to a human, the Accused Product provides an $AUC_{0-inf}$ of said budesonide in said human of about $16431.2 \pm 10519.8$ (pg)(hr)/ml. Actavis Label at 8 ("Following single oral administration of budesonide extended-release tablets 9 mg in healthy subjects, . . . *the area under the plasma concentration time curve (AUC) was approximately 16.43 $\pm$ 10.52 ng·hr/mL.*"). |
| wherein said oral dosage form is in the form of a tablet and provides | The Accused Product is in the form of a tablet and provides extended release of budesonide in the colon of |

| extended release of budesonide in the colon of said human effective to treat ulcerative colitis in said human | said human effective to treat ulcerative colitis in said human.  Actavis Label at 1 ("BUDESONIDE *extended-release* tablets, for oral use"); 1 ("The recommended dosage for the induction of remission in adult patients with active, mild to moderate *ulcerative colitis* is one 9 mg *tablet* to be taken once daily"); 7 ("Budesonide extended-release, a delayed and *extended-release tablet,* is coated with a polymer film, which breaks down at or above pH 7.0.  The tablet core contains budesonide with polymers that provide for *extended-release of budesonide*."). |
|---|---|
| **Claim 4** | **The Accused Product** |
| The oral dosage form of claim 1, wherein said matrix comprises magnesium stearate and further comprises starch or a starch derivative. | The matrix of the Accused Product comprises magnesium stearate.  Actavis Label at 7 ("Each tablet contains the following inactive ingredients: . . . *magnesium stearate* . . . .").<br><br>The matrix of the Accused Product further comprises starch or a starch derivative.  Actavis Label at 7 ("Each tablet contains the following inactive ingredients: . . . *sodium starch glycolate* . . . ."); HANDBOOK OF PHARMACEUTICAL INGREDIENTS 703 (Raymond C. Rowe, Paul J. Sheskey and Sian C. Owen eds., 5th ed. 2006) ("Sodium starch glycolate is a substituted *derivative of potato starch*."). |
| **Claim 6** | **The Accused Product** |
| The oral dosage form of claim 4, wherein said matrix comprises a starch derivative. | The matrix of the Accused Product comprises a starch derivative.  Actavis Label at 7 ("Each tablet contains the following inactive ingredients: . . . *sodium starch glycolate* . . . ."); HANDBOOK OF PHARMACEUTICAL INGREDIENTS 703 (Raymond C. Rowe, Paul J. Sheskey and Sian C. Owen eds., 5th ed. 2006) ("Sodium starch glycolate is a substituted *derivative of potato starch*."). |
| **Claim 11** | **The Accused Product** |
| An oral dosage form | The Accused Product is delivered in an oral dosage form.  Actavis Label at 1 ("BUDESONIDE extended-release tablets, *for oral use*"); 1 ("The recommended *dosage* for the induction of remission in adult patients with active, mild to moderate ulcerative colitis is one 9 mg tablet to be taken once daily. . . ."). |
| consisting essentially of (1) a tableted core, and (2) a gastro-resistant film on said tablet core, | The Accused Product consists essentially of (1) a tableted core, Actavis Label at 7 ("The *tablet core* contains budesonide with polymers that provide for extended-release of budesonide."), and (2) a gastro-resistant film on said tablet core, Actavis Label at 8 ("The tablet core is *enteric coated to protect dissolution in gastric juice* which delays budesonide release until exposure to a pH greater than or equal to 7 in the small intestine."). |

| | |
|---|---|
| wherein said tableted core consists of a matrix comprising:<br>      (a) 9 mg of budesonide;<br>      (b)      hydroxypropyl cellulose; and<br>      (c)  magnesium  stearate, stearic acid, or a mixture thereof; | The tableted core of the Accused Product consists of a matrix. Actavis Label at 8 ("Upon disintegration of the coating, the **core matrix** provides extended-release of budesonide in a time dependent manner.")<br><br>The core matrix of the Accused Product comprises 9 mg of budesonide. Actavis Label at 2 ("Each extended-release tablet contains **9 mg budesonide**")<br><br>The core matrix of the Accused Product comprises hydroxypropyl cellulose. Actavis Label at 7 ("Each tablet contains the following inactive ingredients: . . . **hydroxypropyl cellulose** . . . .")<br><br>The core matrix of the Accused Product comprises magnesium stearate. Actavis Label at 7 ("Each tablet contains the following inactive ingredients: . . . **magnesium stearate** . . . .") |
| and wherein following oral administration of the oral dosage form the a human, the oral dosage form provides a $C_{max}$ of said budesonide in said human of about $1348.8 \pm 958.8$ pg/mL, | Following administration of the Accused Product to a human, the Accused Product provides a $C_{max}$ of $1348.8 \pm 958.8$ pg/mL. Actavis Label at 8 ("Following single oral administration of budesonide extended-release tablets 9 mg in healthy subjects, **peak plasma concentration ($C_{max}$) was $1.35 \pm 0.96$ ng/mL** . . . ."). |
| wherein said oral dosage form is in the form of a tablet and provides extended release of budesonide in the colon of said human effective to treat ulcerative colitis in said human. | The Accused Product is in the form of a tablet and provides extended release of budesonide in the colon of said human effective to treat ulcerative colitis in said human. Actavis Label at 1 ("BUDESONIDE **extended-release** tablets, for oral use"); 1 ("The recommended dosage for the induction of remission in adult patients with active, mild to moderate **ulcerative colitis** is one 9 mg **tablet** to be taken once daily"); 7 ("Budesonide extended-release, a delayed and **extended-release tablet,** is coated with a polymer film, which breaks down at or above pH 7.0. The tablet core contains budesonide with polymers that provide for **extended-release of budesonide**."). |
| **Claim 14** | **The Accused Product** |
| The oral dosage form of claim 11, wherein said matrix comprises magnesium stearate and further comprises starch or a starch derivative. | The matrix of the Accused Product comprises magnesium stearate. Actavis Label at 7 ("Each tablet contains the following inactive ingredients: . . . **magnesium stearate** . . . .").<br><br>The matrix of the Accused Product further comprises starch or a starch derivative. Actavis Label at 7 ("Each tablet contains the following inactive ingredients: . . . **sodium starch glycolate** . . . ."); HANDBOOK OF PHARMACEUTICAL INGREDIENTS 703 (Raymond C. Rowe, |

|  | Paul J. Sheskey and Sian C. Owen eds., 5th ed. 2006) ("Sodium starch glycolate is a substituted *derivative of potato starch*."). |
|---|---|
| **Claim 16** | **The Accused Product** |
| The oral dosage form of claim 14, wherein said matrix comprises a starch derivative. | The matrix of the Accused Product comprises a starch derivative.  Actavis Label at 7 ("Each tablet contains the following inactive ingredients: . . . *sodium starch glycolate* . . . ."); HANDBOOK OF PHARMACEUTICAL INGREDIENTS 703 (Raymond C. Rowe, Paul J. Sheskey and Sian C. Owen eds., 5th ed. 2006) ("Sodium starch glycolate is a substituted *derivative of potato starch*."). |

46.     The Accused Product meets every limitation of claims 1, 4 and 6 and of claims 11, 14 and 16.

47.     I understand that the phrase "An oral dosage form" is referred to as the preamble and may not present a limitation on the scope of the claim.  Even if it does, however, the accused budesonide extended-release tablets are "an oral dosage form."  *See* Actavis Label at 1.  Therefore, the preamble of claims 1 and 11 is satisfied.

48.     The accused budesonide extended release formulation "consist[s] essentially of (1) a tableted core, and (2) a gastro-resistant film on said tablet core."  *See* Actavis Label at 7-8.  There are no other elements in the Accused Product that materially affect the basic and novel characteristics of the claimed invention.  Accordingly, the first element of claims 1 and 11 is satisfied.

49.     The tableted core of the Accused Product consists of a matrix comprising 9 mg of budesonide, hydroxypropyl cellulose, and magnesium stearate. Actavis Label at 2, 7, 8.  Thus, the first "wherein" clause of claims 1 and 11 is satisfied.

50.     Following oral administration of the Accused Product to a human, the oral dosage form provides an $AUC_{0-inf}$ of budesonide in said human of about $16431.2 \pm 10519.8$ (pg)(hr)/ml.  Actavis Label at 8 ("Following single oral administration of budesonide extended-release tablets 9 mg in healthy subjects, . . . *the area under the plasma concentration time curve (AUC) was approximately 16.43 ± 10.52 ng·hr/mL*.").  One nanogram (ng) is equal to 1000 picograms (pg).  Adjusting the units in the Actavis Label, the Actavis Label reports an AUC of $16430 \pm 10520$

(pg)(hr)/ml.[4]  The quantities stated in the Actavis Label are the same quantities recited in the claims, only with fewer significant figures reported (i.e. reporting the quantity "16431.2" at only four significant figures would yield an expression of "16430").  Accordingly, the second "wherein" clause of claim 1 is satisfied.

51.    Following oral administration of the Accused Product to a human, the oral dosage form provides a $C_{max}$ of 1348.8 ± 958.8 pg/mL.  Actavis Label at 8 ("Following single oral administration of budesonide extended-release tablets 9 mg in healthy subjects, *peak plasma concentration ($C_{max}$) was 1.35 ± 0.96 ng/mL* . . . .").  Again, adjusting the units shows that the Actavis Label states a $C_{max}$ of 1350 ± 960 pg/mL, which is the same as 1348.8 ± 958.8 pg/mL but reported at fewer significant figures.  Accordingly, the second "wherein" clause of claim 11 is satisfied.

52.    The Accused Product is in the form a tablet and provides extended release of budesonide in the colon of said human effective to treat ulcerative colitis in said human.  Actavis Label at 1 ("The recommended dosage for the induction of remission in adult patients with active, mild to moderate *ulcerative colitis* is one 9 mg *tablet* to be taken once daily"), 7 ("Budesonide extended-release, a delayed and *extended-release tablet,* is coated with a polymer film, which breaks down at or above pH 7.0.  The tablet core contains budesonide with polymers that provide for *extended-release of budesonide*.").  Accordingly, the final wherein clause of claims 1 and 11 is satisfied.

53.    The matrix of the Accused Product comprises magnesium stearate and starch or a starch derivative (sodium starch glycolate).  Actavis Label at 7 ("Each tablet contains the following inactive ingredients: . . . *magnesium stearate* . . . *sodium starch glycolate*. . . .").  Accordingly, the additional limitations of claims 4 and 14 are satisfied.

54.    The matrix of the Accused Product comprises a starch derivative (sodium starch glycolate). Actavis Label at 7 ("Each tablet contains the following inactive ingredients: . . . *magnesium stearate* . . . *sodium starch glycolate* . . . ."); HANDBOOK OF PHARMACEUTICAL

---

[4] The units use different mathematical notation for the same expression.  A·B is equivalent to (A)(B).  Both "ml" and "mL" are commonly accepted abbreviations for milliliter.

INGREDIENTS 703 (Raymond C. Rowe, Paul J. Sheskey and Sian C. Owen eds., 5th ed. 2006) ("Sodium starch glycolate is a substituted *derivative of potato starch*.").

55. Because each and every element of claims 6 and 16 is present in the Accused Product, it is my opinion that the Accused Product infringes at least claims 6 and 16 of the '286 Patent.

## V.  VALIDITY

### A.  Legal Standards

56. The following description of the legal standards relating to validity reflects my understanding of the law as communicated to me by counsel.

57. A claim in an issued patent is entitled to a presumption of validity.

58. A claim may be invalid if it either anticipated or obvious.  A claim is anticipated when all of the elements of the claim are disclosed either explicitly or inherently in a prior art reference.   A claim is obvious when a POSITA would have a reasonable expectation of success in combining elements of two references (or sometimes two parts of a single reference) to get all of the elements of the claim and would have been motivated to combine the references in that way.  As with anticipation, all of the claim elements must be disclosed in the prior art references, either explicitly or inherently.  A claim element is only disclosed inherently in a reference when it is necessarily present (*i.e.* 100% of the time) based on the other disclosure of the reference.

59. A claim may also be invalid if it does not meet the requirements of 35 U.S.C. § 112, including (a) definiteness, (b) written description, and (c) enablement.  Definiteness requires that the POSITA be able to understand the scope of the claims with reasonable certainty. Written description requires that there be sufficient description of the claimed invention in the specification so that a POSITA would understand that the inventors had possession of the claimed invention.  Enablement requires that the specification provide disclosure sufficient to permit a POSITA make and use the invention.

60.     I understand that the presumption of validity is designed to give deference to the Examiner and therefore holds special force with respect to prior art references or arguments that were presented to the Examiner during prosecution.

**B.     The Claims Of The '286 Patent Are Valid**

61.     The '286 Patent is a duly issued patent and therefore carries the presumption of validity.

62.     Defendants have, as yet, offered no challenge to the validity of the claims.

63.     During prosecution of the '286 Patent, the Examiner explicitly considered similar patents that cover different aspects of the Uceris® formulation. These include U.S. Patent Nos. 8,029,823 and 7,431,943. Upon consideration of those patents, the Examiner concluded that the present invention claims particular pharmacokinetic parameters and utilization of certain excipients that were not previously taught. *See* '286 Patent Prosecution History, November 24, 2017 Terminal Disclaimer Review Decision at 2 ("Applicant's arguments . . . with respect to the '823 and '943 patent have been fully considered and are persuasive. The obviousness double patenting rejections have been withdrawn.").

64.     Based on the Examiner's consideration of the prior art and the presumption of validity, it is my opinion that the claims of the '286 Patent are valid.

65.     I reserve the right to supplement or amend my opinions with respect to validity in light of new information that may be presented to me or in response to challenges that Defendants may offer.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was completed at West Lafayette, Indiana this 21st day of August 2018.

Stephen R. Byrn, Ph.D.

APPENDIX A: MATERIALS CONSIDERED

The following is a list of materials I have considered in forming the opinions reflected in the attached Declaration.  I have tried to list all of the references I considered, but the list may be non-exhaustive.  Accordingly, my failure to list a reference below should not be taken as a statement that I did not review it.

- U.S. Patent No. 10,052,286

- U.S. Patent No. 8,029,823

- U.S. Patent No. 7,431,943

- U.S. Patent Application No. 15/646,585

- Prosecution History of U.S. Patent No. 10,052,286

- Product Label: "BUDESONIDE- budesonide tablet, film coated, extended release" by Actavis Pharma, Inc.

- UCERIS® Product Label

- Mayo Clinic Staff, "Ulcerative colitis," available at: https://www.mayoclinic.org/diseases-conditions/ulcerative-colitis/symptoms-causes/syc-20353326 (accessed Aug. 16, 2018)

- David R. Friend, "Colon-specific drug delivery," 7 ADVANCED DRUG DELIVERY REVIEWS 149, 149 (1991)

- M.K. Chourasia and S.K. Jain, "Pharmaceutical approaches to colon targeted drug delivery systems, 6 J. PHARM. PHARMACEUT. SCI. 33 (2003)

- Iain L. O. Buxton, "Chapter 2: Pharmacokinetics: The Dynamics of Drug Absorption, Distribution, Metabolism, and Elimination," GOODMAN & GILMAN'S: THE

- 2 -

PHARMACOLOGICAL BASIS OF THERAPEUTICS (Laurence Brunton *et al.* eds., 13th ed. 2017)

- P. Gayarthi, "A mini review on oral dosage forms," 5 *Res. and Rev.: J. Chem.* 130 (2016)

- Alf Lamprecht *et al.*, "Biodegradable nanoparticles for targeted drug delivery in treatment of inflammatory bowel disease," 299 J. PHARM. AND EXP. THER. 775 (2001)

- Robert Löfberg *et al.*, "Oral budesonide verses prednisolone in patients with active extensive and left-sided ulcerative colitis," 110 GASTROENTEROLOGY 1713 (1996)

- HANDBOOK OF PHARMACEUTICAL INGREDIENTS (Raymond C. Rowe, Paul J. Sheskey and Sian C. Owen eds., 5th ed. 2006)

DM_US 154194895-2.103742.0013

# EXHIBIT 1

## CURRICULUM VITAE - DR. STEPHEN R. BYRN

**Professional Title:** Charles B. Jordan Professor of Medicinal Chemistry; School of Pharmacy and Pharmaceutical Sciences, Department of Industrial and Physical Pharmacy, Purdue University, West Lafayette, Indiana 47907

**Home Address:** 824 Barlow Street, West Lafayette, Indiana  47906

**Marital Status:** Married, ten children

**Education:** DePauw University, Greencastle, Indiana, B.A., 1962-1966, Chemistry

University of Illinois, Urbana, Illinois, Ph.D., 1966-1970, Organic and Physical Chemistry

University of California, Los Angeles, California, Postdoctoral, 1970-1972, Physical Chemistry

**Professional Experience:** Assistant Professor of Medicinal Chemistry, Department of Medicinal Chemistry and Pharmacognosy, School of Pharmacy and Pharmacal Sciences, Purdue University, West Lafayette, Indiana, July 1, 1972 to June 30, 1976

Associate Professor of Medicinal Chemistry, Department of Medicinal Chemistry and Pharmacognosy, School of Pharmacy and Pharmacal Sciences, Purdue University, West Lafayette, Indiana, July 1, 1976 to June 30, 1981

Professor of Medicinal Chemistry, Department of Medicinal Chemistry and Pharmacognosy, School of Pharmacy and Pharmacal Sciences, Purdue University, West Lafayette, Indiana, July 1, 1981 to present

Associate Department Head of Medicinal Chemistry, Department of Medicinal Chemistry and Pharmacognosy, School of Pharmacy and Pharmacal Sciences, Purdue University, West Lafayette, Indiana, 1979 to 1988

Assistant Dean of the Graduate School, Purdue University, West Lafayette, Indiana, 1984 to 1988

Head, Department of Medicinal Chemistry and Pharmacognosy, School of Pharmacy and Pharmacal Sciences, Purdue University, West Lafayette, Indiana, l988 to 1994

Founder and Director, Purdue University Center for AIDS Research, September 30, l988 to March 1, 1998

Head, Department of Industrial and Physical Pharmacy, School of Pharmacy and Pharmacal Sciences, Purdue University, West Lafayette, Indiana, September 1, 1994 to June 30, 2009

Charles B. Jordan Professor of Medicinal Chemistry, 1992 to present.

Joint Appointment, Department of Technology, Leadership, and Innovation, College of Technology, 2014 to present.

1

Co-Director, Center for Biotechnology Innovation and Regulatory Science, Discovery Park and College of Technology

Director, NIPTE Center of Excellence for Abuse Deterrent Formulations, March, 2017

## Memberships:

Phi Eta Sigma, Rho Chi, Phi Lambda Upsilon, Phi Kappa Phi, Sigma Xi
American Chemical Society
American Crystallographic Association
American Association of Pharmaceutical Scientists

## Awards, Honors:

Rector Scholar, DePauw University, 1962-1966
Sinclair Oil Company Fellow, University of Illinois, 1967-1968
National Science Foundation Graduate Fellow, University of Illinois, 1968-1971
National Institutes of Health Postdoctoral Fellow, University of California, 1971-1972
Elected Fellow, American Association of Pharmaceutical Scientists, 1989
Elected Member, United States Pharmacopeia Revision Committee, 1990-1995 & 1995-2000 & 2000-2005. Council of Experts 2000-2005, Member of several subcommittees including chemistry, dissolution, excipients and PAT.
Purdue University Representative to the USP, 2000, 2005, 2010.
Alumni Citation, DePauw University, 1991
Thomas W. Binford Memorial Award for Outstanding Contributions to Entrepreneurial Development, World of Difference Award, State of Indiana, 2000
FDA Advisory Committee Service Award, October 31, 2001
AAPS Outstanding Paper Award, 2008, APQ Section (With L. Taylor)
Purdue University, Outstanding Faculty Commercialization Award, 2008-09
AAPS David Grant Research Achievement Award in Physical Pharmacy, 2009
Special Issue (September 2010) of the Journal of Pharmaceutical Sciences was dedicated to Stephen R. Byrn, based on his contributions to the field of solid state pharmaceutics.
FDA Honor Award. Stephen Byrn as Member of FDA/Kilimanjaro School of Pharmacy Regulatory Collaboration, 2013
AAPS Dale Wurster Award In Pharmaceutics, November 16, 2016.
LSAMP Faculty Mentor of the Year Award, Purdue University, 2018
BSPS Teacher of the Year Award, Purdue University, 2018
Purdue University Morrill Award, Most Outstanding Faculty Member, 2018.

## Memberships, Editorial Boards and Major Committees:

Journal of Pharmaceutical Sciences Editorial Advisory Board - 1994-present.
AAPS Pharm. Sci. Tech. Editorial Advisory Board – 2007 – present.
Pharmaceutics Editorial Advisory Board - 2009 – 2014
Journal of Validation Technology, Editorial Advisory board – 2010 – 2012
Crystal Growth and Design Editorial Advisory Board – 2002 to 2007
Journal of Drug Targeting, 1993-1995.
Journal of Pharmaceutical and Biomedical Analysis, 1998-2002
Pharmaceutical Sciences Advisory Committee, FDA 1997-2001, Chair 2000-2001
Controlled Substances Advisory Committee, State of Indiana 1982-1998 (Chair 1995-8)
Drug Substance Technical Committee, FDA-PQRI, 1997-present (Chair 1997-2001)
.

## Professional Service:

2

American Chemical Society, Secretary-Treasurer, Vice-Chairman and Chairman Purdue Section, 1976-1982

Controlled Substances Advisory Committee, l982-1998, Secretary, 1987-1994, Chair, 1994-1998

American Society of Pharmacognosy, Program Committee, 1977

Symposium Organizer American Chemical Society, Division of Medicinal Chemistry, 1987

Organizer, First and Third Midwest Organic Solid State Chemistry Symposia, 1988 (University of Illinois), 1990 (Purdue University), 2005 (Purdue University, with Ken Morris).  Co-organizer, 2016 (Purdue University)

Organizer of a Short Course, entitled "Polymorphs and Solvates of Drugs," 1988 (Bradford, England), 1990 (Purdue University), 1992 (Bradford, England)

Reviewer numerous journals including JACS, J. Org. Chem., Acc. Chem. Res., J. Pharm. Sci., Pharm. Res., Crystal Growth and Design

Chair, NIPTE Abuse Deterrent Center of Excellence 2017 - present

**University Committees:**

Athletic Affairs Committee, 1979-1984
Computer Center Policy Committee, 1983-1988
Commencement Committee, 1984-l989
Development Committee, 1991-2
Vision (Long Range Planning) Committee, 1993
University Promotions Committee 1995-1998.
Purdue University Faculty Senate 2007-2010 and 2012-2016.

**Departmental Committees:**

As Chair of two departments I have served on numerous departmental committees.

**Graduate School Committees:**

M.D.-Ph.D., 1984-1988
Area Committee, 1984-1988
Computer Committee, 1984-1988
Residency Review Committee, 1984-1988
David Ross Fellowship Committee, 1984

**Teaching Effort:**

Courses Taught – Pharmacy and Doctor of Pharmacy Curriculum

Pharmaceutical Solids, 1998-2001.

Regulatory Affairs, 1998-present.

MDCH 310 - Analytical Medicinal Chemistry, l972-1997

MDCH 418 - Computers in Pharmacy, l978-1988

IPPH 471 – Sterile Products – Instructor in Charge 2004-05, 2014

IPPH 363 – Industrial Pharmacy - 2008-2012 (Instructor in charge, 2010)

3

PHRM 898 – Dosage Forms I – Solid state, Tablets, Capsules – 2012-present, course coordinator 2017

PHRM 461 – Drug Discovery and Development II – 2014-present

Courses Taught - Graduate Curriculum

MDCH 614 - Advanced Medicinal Analysis, l972-1997

IPPH 590/587 - Pharmaceutical Solids 2004 – 2014

MDCH 698, 699 -  Directed research for M.S. and Ph.D. graduate students and post-doctoral associates. 1972 - Present

IPPH 521– Drug Development 2004 - 2014

IPPH 522 – Good Regulatory Practices 2004 – 2014

IPPH 562 – Pharmaceutical Manufacturing 2010

PHRM 46100 – Drug Discovery and Development II, 2013-present

TLI 52100 – Drug Development

TLI 52200 – Good Regulatory Practices

IT 50800 - Quality and Productivity in Industry and Technology

IT 57100 Project Management in Industry and Technology

**Teaching Programs Co-Founded – MS Degree in Biotechnology Innovation and Regulatory Sciences in the US and Africa (Joint with Professor Kari Clase, Ph. D.) originally Program in Regulatory and Quality Compliance, cofounded jointly with M. Schmidt, Ph. D.:**

This new area of specialization in the Polytechnic Institute focuses on creating leaders in biotechnology innovation and regulatory science, especially relating to pharmaceuticals. The curricula also addresses topics of innovation and integrates emerging technologies.

The program consists of 10 courses and a special project for a total of 33 credit hours. The array of courses will provide:

- an understanding of all aspects of quality
- an understanding of biotechnology innovation and regulatory science
- in-depth knowledge related to biotechnology and pharma
- knowledge on how to lead and manage operations within the industry

Choose the degree format that best fits your needs:

- Traditional, on-campus degree program in West Lafayette
- Blended online and weekend program, administered through the Center for Professional Studies (ProSTAR)
- In Africa in collaboration with Kilimanjaro School of Pharmacy, Moshi, Tanzania.

4

**Sustainable Medicines in Africa (Joint with Sr. Zita Ekeocha, M.S. and Professor Kari Clase)**

The sustainable medicine program in Africa is aimed at addressing the problem of lack of access to high quality medicines in Africa.  This program consists of: (1) Master's degree in Biotechnology Innovation and Regulatory Science taught at the Kilimanjaro School of Pharmacy and jointly administered with the Kilimanjaro School of Pharmacy (Sr. Zita Ekeocha)); (2) an actual GMP-level pharmaceutical manufacturing facility at SLF/KSP, and (3) a quality medicines laboratory equipped with HPLCs.  The educational programs are aimed at providing source of well-trained manufacturing scientists for pharmaceutical industry in Tanzania and Africa.  The GMP-level facility is used to teach manufacturing under strict quality control.  The GMP facility will serve as a model for other such facilities throughout Sub-Saharan Africa.  The feasibility of establishing a sustainable medicine program in Tanzania is supported by the experience of the former Infusion Units Project in Tanzania, now known as Saint Luke Foundation (SLF). This program has manufactured and distributed infusion solutions throughout Tanzania since 1983.  Additionally, the availability of trained personnel and a model facility will combat several current problems especially those related to counterfeited/poor quality medicines.

This Master's degree in Biotechnology Innovation and Regulatory Science is supported by UNIDO (United Nations Industrial Development Organization) and Merck Foundation who provide grants to defray the cost of attendance.  Recently, this program was recognized as an ANDi (African National Drug Innovation) Center for Pharmaceutical Manufacturing and Regulatory Training.  This center is one of less than 50 centers in Africa.

Recently, the UN and the African Union have developed a strategy called "Sourcing African Solutions" to the AIDS Dependency Crisis.  Our program is an integral part of the African Solution and provides a means to educate African scientists in Pharmaceutical Sciences and Manufacturing of high quality medicines.

**Graduate Students and Postdoctoral Associates:**

M.S. (thesis) - E. Kreutzer (1976), S. VanEss (1977), B. Stewart (1978), G. Migliaccio (1979), G. Gibson-Clay (1979), J. Gomes (1979), P. Hoyos (1982), L. Morales (1991), H. Tat (1998), R. Alajlouni

Ph.D. - G. Dolch (1976), M.D. Tsai (1978), R. Clay (1979), J. Gomes  (1981), H. Martinez (1983), I.  Lassalle (1984), P. Sutton (1984), P. Toren (1985), J.  Chaber (l986), D. Kessler (l986), P. Hoyos (l986), E. Kolodziej (l986), D. Carlson (l989), C. Chan (1990), P. Saindon (1991), K. Ray (1992), N. Sipahimalani (1992), Wu-Po Ma (1993), D. Nugyen (1993), P. Toma (1993), G. Stephenson (1994), M. Wahle (1997), W. Xu (1997), T. Borchardt (1997), V. Joshi (1998), X. He (1999), R. Te (2000), X. Chen (2000), Y. Hu (2000), Zhihui Qui (2001); Hui Li (2002); T. Davis (2003), A Gupta (2005), Chen Mao (2007), Faraj Atassi (2007), EunHee Lee (2007), Yuerong Hu (With L. Taylor) (2008); Niraj Trasi (2011), Ziyang Su (2011); Sumana Penumetcha (2011); Xin Chen (2012); Y. Song (2015), H. Nie (2017)

Postdoctoral Associates - P.Y. Siew (1976), C.T. Lin (1980), P. Perrier (1981), J. Stowell (1984), B. Tobias (l988), C. Chan (1990), C. Cox (1990), Kin-shan Huang (1995), R. Schlam (1999); N. Poendaev (2001-2003), D. Smith (2003-2006), Eun Hee Lee (2007-2010)

Current Graduate Students - Amrinder Singh, Chris King

Current Senior Research Associate – Daniel Smith, Ph. D.

**Undergraduate Student Activities:**

Counselor for Pharmacy Students, 1978-1996.
Faculty Fellow (Shreve Hall & Hillenbrand Hall), 1982-1997.

5

Senior Faculty Fellow (Shreve Hall), 1986-1990.
Senior Faculty Fellow (Hillenbrand Hall) 1993-1995
Adopt a Student Program, College of Pharmacy, 2009-10

**Research Interests:**

**Solid State Chemistry of Drugs/Pharmaceutical Solids**

Investigators:  S. Byrn, Amrinder Singh, Chris King

The overall goal of our research is to develop the field of Solid State Chemistry of Drugs so that all of the principles and factors governing solid state chemistry are understood. This knowledge is then used to predict and analyze all behaviors of solids observed during the drug development process and in formulations. Thus, the solid state chemistry of drugs is being studied to improve knowledge of the factors which affect this chemistry and to develop new methods of studying these reactions. At present, our group is focusing solid state acid base reactions and stability. We are also interested solid state desolvation reactions, solid state decarboxylation reactions, solid-solid reactions, and solid state rearrangements. These studies are important in that they will lead to better understanding of the mechanism of drug degradation and eventually to new approaches to stabilizing drugs. By carrying out research on the solid state chemistry of drugs it is hoped that new approaches and ideas for drug analysis including solid state NMR spectroscopy and X-ray diffraction will be developed. In addition, this research is aimed at providing new insight into drug stability and at developing methods for predicting drug stability. Furthermore, approaches to the production via crystallization of the desired drug form are an important component of these studies.

**Processing and Manufacturing of Pharmaceuticals**

Investigators:  S. Byrn, Amrinder Singh, Chris King

Approaches to understanding the molecular basis of pharmaceutical manufacturing are being developed. These approaches which include Raman mapping and EDS can in favorable cases provide information on the spatial location of all components in tablets and capsules. The effect of processing on the solid state chemistry of drugs and the stability of formulations is also being investigated.  Particular emphasis is placed on the wet granulation and coating.  Continuous manufacturing and manufacturing design are also being investigated especially for protease inhibitors and fixed dose combination drugs.  The regulatory aspects of processing and manufacturing are also being emphasized.

**Analysis of Amorphous Pharmaceuticals**

Investigators: Amrinder Singh, Chris King

The structure of amorphous pharmaceuticals is not known and poorly understood.  Pair distribution functions derived from X-ray powder diffraction measurements made at Argonne National Laboratories Synchrotron as well as solid state NMR measurements along with more conventional studies can provide phase diagrams and information on the functional groups and atom-atom distances involved in drug-drug and drug –polymer interactions present in amorphous materials. These methods will lead to the establishment of a rational design method for amorphous compositions. This bottom-up design approach focuses on amorphous protease inhibitors since these are the most bioavailable compositions.  This new method will determine structural details of amorphous compositions by providing atom-atom distances and other structural parameters.  We will use the atomic distances, and other parameters determined, to predict properties of these compositions including stability (failure to crystallize), dissolution rate, and bioavailability.  This method is particularly important since amorphous drugs are now being used to cure HCV and as potential treatments for a range of other viral diseases besides HIV.

**Abuse Deterrent Formulations of Opioids**

6

Investigators: Dan Smith

The goal of the abuser is to alter the opioid dosage from such that it provides a plasma concentration that is sufficient to induce euphoria. The abuse-deterrent dosage form is designed to minimize the feeling of euphoria when taken as prescribed by a patient, i.e. when using the medication as intended. However, a prescription drug abuser would try to modify the dosage form in a manner to increase the plasma concentration to a level that would induce euphoria. They can achieve this by increasing the rate of drug uptake. For example, they could crush a controlled release tablet, which would induce dose dumping when swallowed. They could change the route of administration. For example the abuser could crush a tablet and then try and inject or snort the contents of the crushed tablet. Thus, abuse deterrent formulations are investigated to identify the failure modes. This knowledge will lead to second generation formulations that are even more difficult to abuse than those currently on the market.

**Engagement Program Co-Founded – Chao Center now Purdue GMP Center:**

The Chao Center is a self-supporting manufacturing facility located in the Purdue Research Park. A major donor, Dr. Allan Chao, established the Center with a very substantial gift of $5.0 million. The Chao Center is involved in contract research and manufactures the anti-tuberculosis drug Seromycin for Lilly.

**Publications (Books):**

Byrn, S.R., "Solid State Chemistry of Drugs," Academic Press, New York, New York, l982.

Knevel, A.M., DiGangi, F.E., and Byrn, S.R., "Quantitative Pharmaceutical Chemistry," 7th Edition, Waveland Press, Inc., Prospect Heights, Illinois, l983.

Byrn, S.R., Stowell, J.G., and Pfeiffer, R.R., Solid State Chemistry of Drugs," 2nd Edition, SSCI Press, West Lafayette, IN, 1999

Byrn, S.R., Zografi, G., Chen, Xiaoming (Sean), "Solid State Properties of Pharmaceutical Materials," John Wiley and Co., Hoboken, NJ, 2017

**Publications (Book Co-Edited)**

Templeton, Allen; Byrn, Stephen R.; Haskell, Roy J.; Prisinzano, Thomas E., "Discovering and Developing Molecules with Optimum Drug-Like Properties", AAPS Press, Springer, NY, NY 2016

**Publications:**

1. Weingarten, H., Miles, M.G., Byrn, S.R., and Hobbs, C.F., *J. Am. Chem. Soc.*, l967, **89**, 5874, "Amination of $\beta$-Dicarbonyl Compounds with Tetrakis (dimethylamino) Titanium."

2. Curtin, D.Y. and Byrn, S.R., *J. Am. Chem. Soc.*, 1969, **91**, 1865, "Stereoisomrism at the Oxygen:Carbon Single Bond Due to Hydrogen Bonding. Structures of the Yellow and White Crystalline Forms of Dimethyl 3,6- Dichloro-2,5-Dihydroxy-terephthalate."

3. Curtin, D.Y. and Byrn, S.R., *J. Am. Chem. Soc.*, 1969, **91**, 6102, "Structures in Solution of the Yellow and White Forms of Dimethyl 3,6-Dichloro-2,5-Dihydroxyterephthalate."

7

4.  Curtin, D.Y., Byrn, S.R., and Pendergrass, D.B., Jr., *J. Org. Chem.*, 1969, **34**, 3345, "Thermal Rearrangement of Arylazotribenzoyl-methanes in the Solid State.  Examination with Differential Thermal Analysis."

5.  Byrn, S.R., Maverick, E., Muscio, O.J., Trueblood, K.N., and Jacobs, T.L., *J. Am. Chem. Soc.*, 1971, **93**, 6680, "The Structure of Two Head to Head Allene Dimers."

6.  Byrn, S.R., Curtin, D.Y., and Paul, I.C., *J. Am. Chem. Soc.*, 1972, **94**, 890, "The X-Ray Crystal Structure of the Yellow and White Forms of Dimethyl 3,6-Dichloro-2,5-Dihydroxyterephthalate and a Study of the Conversion of the Yellow Form to the White Form in the Solid State."

7.  Wang, A.H.J., Misavage, R.J., Byrn, S.R., and Paul, I.C., *J. Am. Chem. Soc.*, 1972, **94**, 7100, "The Crystal and Molecular Structure of 1-Azabicyclo (3.3.3) Undecane Hydrochloride.  Correlation of Molecular Dimensions with  Spectroscopic Properties."

8.  Byrn, S.R., *Biochemistry*, 1974, **13**, 5186, "The Cation-Binding Properties of Gramicidin."

9.  Byrn, S.R., *Indiana Pharmacist*, 1974, **79**, "Caution Advised in Handling Neutral Red Dye."

10. Byrn, Stephen R., *Amer. Jour. Pharm. Ed.*, 1975, **40**, 295, "Combined BS:MS  Programs:  Alternatives for Pharmacy Students."

11. Byrn, S.R., *J. Pharm. Sci.*, 1976, **65**, 1-22, "Mechanisms of Solid-State Reactions of Drugs."

12. Byrn, S.R. and Lin, C.T., *J. Am. Chem. Soc.*, 1976, **98**, 4004, "The Effect of Crystal Packing and Defects on the Desolvation of Hydrate Crystals of Caffeine and L(-)-1,4-cyclohexadiene-1-alanine."

13. Byrn, S.R., Graber, C.W., and Midland, S.L., *J. Org. Chem.*, 1976, **41**, 2283, "Comparison of the Solid State and Solution Conformation of Methapyriline, Tripelennamine, Diphenhydramine, Histamine and Choline.  The IR-X-Ray Method for Determination of Solution Conformation."

14. Byrn, S.R. and Siew, P.Y., *J. Chem. Soc.*, 1977, Perkin II, 144, "The Structure and Conformation of $\beta$-Thiodan in the Solid State and in Solution.  Application of the IR-X-Ray Method."

15. Weintraub, H.J.R., Tsai, M.D., Byrn, S.R., Chang, C.-j., and Floss, H.G., *Int. J. Quantum Chem.*, *Quantum Biology Symp.*, 1976, **3**, 99, "Conformational Analysis of Some Pyridoxal Amino Acid Schiff Bases."

16. Stamos, I.K., Howie, G.A., Manni, P.E., Haws, W.J., Byrn, S.R., and  Cassady, J.M., *J. Org. Chem.*, 1977, **42**, 1703, "Synthesis and Structures of Dilactones Related to Anemonin."

17. Otten, J.G., Yeh, C.S., Byrn, S.R., and Morrison, H.A., *J. Amer. Chem. Soc.*, 1977, **99**, 6353, "Solution Phase Photodimerization of Tetramethyl Uracil.  Further Studies of Ground-State Aggregates."

18. Byrn, S.R. and Dolch, G.D., *J. Pharm. Sci.*, 1978, **67**, 688, "Analysis of the Binding of Daunomycin and Doxorubicin to DNA Using Computerized Curve Fitting Procedures."

19. Lin, C.T., Siew, P.Y., and Byrn, S.R., *J. Chem. Soc.*, 1978, Perkin II, 957, "Solid State Dehydrochlorination and Decarboxlation Reactions I.  Reactions of *p*-Aminosalicylic Acid Hydrochloride and *p*-Aminosalicylic Acid and the Crystal Structure of *p*-Aminosalicylic Acid."

20. Lin, C.T., Siew, P.Y., and Byrn, S.R., *J. Chem. Soc.*, 1978, Perkin II, 963, "Solid State Dehydrochlorination and Decarboxylation Reactions II.  Reactions of Three Crystal Habits of *p*-Aminosalicylic Acid Hydrochloride and the Crystal Structure of *p*-Aminosalicylic Acid Hydrochloride."

21. Tsai, M.D., Weintraub, H.J.R., Byrn, S.R., Chang, C.-j., Floss, H.G.,  *Biochemistry*, 1978, **17**, 3183, "Conformational-Reactivity Relationships for Pyridoxal Schiff's Bases of Amino Acids."

8

22. Tsai, M.D., Byrn, S.R., Chang, C.-j., Floss, H.G., and Weintraub, H.J.R., *Biochemistry*, 1978, **17**, 3177, "Conformational Analysis of Pyridoxal Schiff's Bases.  NMR Studies of the Conformation about the $C_4$-$C_4'$, C-C, and N-C Bonds of the Pyridoxal Schiff's Bases of Amino Acids."

23. Cassady, J.M., Byrn, S.R., Stamos, I.K., Evans, S.M., and McKenzie, A., *J.  Med.  Chem.*, 1978, **21**, 815, "Potential Antitumor Agents.   Synthesis, Reactivity and Cytotoxicity of Alpha-Methylene Carbonyl Compounds."

24. Lin, C.T. and Byrn, S.R., *Tetrahedron Letters*, 1978, **1975**, "Solvolysis of  Hydrazobenzene in Methyl Iodide."

25. Lin, C.T. and Byrn, S.R., *Mol. Cryst. and Liq. Cryst.*, 1979, **50**, 99,  "Desolvations of Solvated Organic Crystals."

26. Lin, C.T. and Byrn, S.R., *Tet. Lett.*, 1979, **4623**, "Solid Gas Reaction of Hydrazobenzene with Methyl Iodide."

27. Migliaccio, G.P. and Byrn, S.R., *J. Pharm. Sci.*, 1981, **70**, 284,  "Comparisons of the Rotamer Populations of Nialamide, Chloroquine and Azaperone in the Solid State and in Solution."

28. Siew, P.Y. and Byrn, S.R., *J. Pharm. Sci.*, 1981, **70**, 280, "The Crystal Structure and Solid State Behavior of Aspirin Anhydride."

29. Pyne, S.G., Hensel, M.J., Byrn, S.R., McKenzie, A.T., and Fuchs, P.L., *J. Amer. Chem. Soc.*, 1980, **102**, 5960, "Cytochalasin Support Studies, Chiral  and Stereochemical Control via an Intramolecular Diels-Alder Reaction of a (Z-)-Diene."

30. Migliaccio, G.P., Shieh, T.L., Byrn, S.R., Hathaway, B.A., and Nichols,  D.E., *J. Med. Chem.*, 1981, **70**, 284, "Comparison of Solution Conformational  Preferences for the Hallucinogens Bufotenin and Psilocin using 360 MHz  Proton NMR Spectroscopy."

31. Chang, C.-j., Gomes, J.D., and Byrn, S.R., *J. Amer. Chem. Soc.*, 1981, **103**, 2892, "Chemical Modification of Deoxyribonucleic Acids:  A Direct Study by NMR Spectroscopy."

32. Clay, G.G., Byrn, S.R., and Heinstein, P.H., *J. Pharm. Sci.*, 1982, **71**,  467, "The Interaction of Granacticin with Nucleic Acids and Pyruvate Decarboxylase."

33. Perrier, P. and Byrn, S.R., *J. Org. Chem.*, 1982, **47**, 4671, "The Influence  of Crystal Packing on the Desolvation of Purine and Pyrimidine Hydrates."

34. Perrier, P. and Byrn, S.R., *J. Org. Chem.*, 1982, **47**, 4677, "Dehydration of Glucuronamide Hydrate. Confirmation of the Predicted Influence of Crystal Packing on Dehydration Reactions."

35. Lin, C.T., Perrier, P., Clay, G.G., Sutton, P.A., and Byrn, S.R., *J. Org. Chem.*, 1982, **47**, 2978, "Solid State Photooxidation of Coritisol-21-tert-butylacetate to Cortisone-21-tert-butylacetate."

36. Shieh, T.L. and Byrn, S.R., *J. Med. Chem.*, 1982, **25**, 403, "The Solution Conformation of the Thermolysin Inhibitors Carbobenzoxy-*L*-phenylalanine and $\beta$-Phenylpropionyl-*L*-phenylalanine and Comparison of the Solution Conformation to the Enzyme Bound Conformation."

37. Clay, R.J., Knevel, A.M., and Byrn, S.R., *J. Pharm. Sci.*, 1982, **71**, 1289,  "The Desolvation and Oxidation of Crystals of Dialuric Acid Monohydrate."

38. Shieh, T.L., Lin, C.T., McKenzie, A.T., and Byrn, S.R., *J. Org. Chem.*, 1983, **26**, 3103, "Relationship Between the Solid State and Solution Conformations of $\beta$-benzylaminocrotonate."

9

39. Donaldson, R.E., Saddler, J.C., Byrn, S.R., McKenzie, A.T., and Fuchs, P.L., *J. Org. Chem.*, 1983, **48**, 2167, "A Triply Convergent Total Synthesis  of *L*-(-)-Prostaglandin E$_2$."

40. Chang, C.J., DaSilva Gomes, J., and Byrn, S.R., *J. Org. Chem.*, 1983, **48**, 5151, "Chemical Modification of Deoxyribonucleic Acids:  A Direct Study by  Carbon-13 Nuclear Magnetic Resonance Spectroscopy."

41. Stewart, B.S., Midland, S.L. and Byrn, S.R., *J. Pharm. Sci.*, l984, **73**, l322-l323, "Degradation of Crystalline Ergocalciferol."

42. Ebrahim El-Zayat, A.A., Ferringni, N.R., McCloud, T.G., McKenzie, A.T.,  Byrn, S.R., Cassady, J.M., Chang, C.-j., and McLaughlin, J.L., *Tetrahedron Letters*, l985, **26**, 955, "Goniothalenol:  A Novel, Bioactive, Tetrahydrofurano-2-pyrone from *Goniothalamus giganteus* (Annonaceae)."

43. Mossa, J.S., Cassady, J.M., Antoun, M.D., Byrn, S.R., McKenzie, A.T.,  Kozlowski, J.F. and Main, P., *J. Org. Chem.*, l985, **50**, 9l6-9l8, "Saudin, a Hypoglycemic Diterpenoid with a Novel 6,7-Secolabdane Carbon Skeleton, from *Cluytia richardiana*."

44. Byrn, S.R., Gray, G., Frye, J., and Pfeiffer, R.R., *J. Pharm. Sci.*, l985, **73**, 565-568, "Analysis of Solid-State Carbon-13 NMR Spectra of Polymorphs (Benoxaprofen and Nabilone) and Pseudopolymorphs (Cefaolin)."

45. Byrn, S.R., Chapter 29.  Solid State Organic Chemistry and Drug Stability, Annual Reports in Medicinal Chemistry, l986, 287-294.

46. Byrn, S.R., McKenzie, A.T., Hassan, M.M.A., and Al-Badr, A.A., *J. Pharm. Sci.*, l986, **75**, 596-600, "Conformation of Glyburide in the Solid State and in Solution."

47. Byrn, S.R. and Kessler, D.W., *Tetrahedron*, l987, **43**, l335-l343, "The Solid  State Reactivity of the Crystal Forms of Hydrocortisone Esters."

48. Sutton, P.A. and Byrn, S.R., *J. Pharm. Sci.*, l987, **76**, 253-258, "The  Crystal Structure of Two Crystal Forms of 9$\alpha$-Fluorocortisol Acetate.  Variation of the Conformation of the A Ring of Steroids due to Crystal Packing."

49. Byrn, S.R., Perrier, P., Lin, C.T., Martinez, H., and Pfeiffer, R.R., *Pharmaceutical Research*, l987, **4**, l37-l4l, "The Solid State Decarboxylation of the Diammonium Salt of Moxalactam."

50. Ho, D.K., McKenzie, A.T., Byrn, S.R., and Cassady, J.M, *J. Org. Chem.*,  l987, **52**, 342-347, "O$^5$-Methyl-(q)-2´*R*,3´*S*-Psorospermin."

51. Hedstrand, D.M., Byrn, S.R., McKenzie, A.T. and Fuchs, P.L., *J. Org. Chem.*, l987, **52**, 592-598, "Use of an Axian $\beta$-Face Thiomethyl Control Element in Intramolecular Conjugate Additions.  Synthesis of a Tricyclic Bruceantin Precursor."

52. Byrn, S.R., Sutton, P.A., and Tobias, B., *J. Am. Chem. Soc.*, l988, **ll0**, l609-l6l4, "The Crystal Structure, Solid State NMR Spectra, and Oxygen Reactivity of Five Crystal Forms of Prednisolone tert-butylacetate."

53. Riggs, Robert M., McKenzie, Ann T., Byrn, Stephen R., Nichols, David E., Foreman, Mark M., and Truex, Lewis L., *J. Med. Chem.*, l987, **30**, l9l4-l8, "Effect of $\beta$-Alkyl Substitution on D-l Dopamine Agonist Activity:  Absolute Configuration of $\beta$-Methyldopamine."

54. Habib, A.M., Ho, David K., Masuda, S., McCloud, T., Reddy, K.S., Aboushoer, M., McKenzie, A., Byrn, S. R., Chang, Ching Jer,and Cassady, John M. *J. Org. Chem.*, l987, **52**, 412-l8, "Structure and Stereochemistry of Psorospermin and Related Cytotoxic Dihydrofuranoxanthones from *Psorospermum febrifugum*."

55. Mossa, Jaber S., Cassady, John M., Kozlowski, John F., Zennie, Thomas M., Antoun, Mikhail D., Pellechia, Marianne G., McKenzie, Ann T., and Byrn, Stephen R., *Tetrahedron Lett.*, l988, **29**, 3627-30, "Novel 6,7-seco-6,11-cyclolabdane Diterpenes from *Cluytia richardiana*."

10

56. Lassalle, I., Hoyos, P.H., Byrn, S.R., Weith, H.L., *Nucleosides and Nucleotides,* 1989, **6**, 1071, "Sequence Preference of Acridine Interaction with Single and Double Stranded Octadeoxyribonucleotides."

57. Cushman, M., Patrick, D., Toma, P., Byrn, S.R., *Tetrahedron Letters,* 1989, **30**, 7161-7164, "A Novel ring System from Intramolecular Oxidative Cyclization of 8-(4-Pentenyl)dihydroberberine."

58. Martinez, H., Byrn, S. R., Pfeiffer, R.R., *Pharm. Res.,* 1990, **7**, 147-153, "Solid State Chemistry and Crystal Structure of Cefaclor Dihydrate."

59. Shieh, T.L., Hoyos, P., Kolodziej, E., Stowell, J.G., Baird, W.M., Byrn, S. R., *J. Med. Chem.*, 1990, **33**, 1225-1230, "Properties of the Nucleic Acid Photoaffinity Labeling Agent, 3-Azido-Amsacrine."

60. Byrn, S.R., Ray, K., Stowell, J.G., Toma, P., *Acta Cryst., Sect. C,* 1990, **C46**, 1573-1576, "Crystal Structure of Acridinyl Ethanol."

61. Alkofahi, A., Ma, W.W., McKenzie, A.T., Byrn, S.R., McLaughlin, J.L., *J. Natural Products*, 1989, **52**, 1371-1373.

62. Ma, W.W., Anderson, J.E., McKenzie, A.T., Byrn, S.R., McLaughlin, J.L., and Hudson, M.S., *J. Nat. Prod.,* 1990, **63**, 1009-1014, "Tubulosine: An Antitumor Constituent of *Pogonopus speciosus*."

63. Pidgeon, C., Weith, H.L., Darbishire-Weith, D., Cushman, M., Byrn, S.R., Chen, J.-K., Stowell, J.G., Ray, K., and Carlson, D., *Anals. New York Acad. Sci.,* 1991, **616**, 593-596, "Synthesis and Liposome Encapsulation of Antisense Oligonucleotides-Intercalator Conjugates."

64. Byrn, S.R., Tobias, B., Kessler, D., Frye, J., Sutton, P. Saindon, P., and Kozlowski, J., *Trans. Amer. Cryst. Assoc.,* 1989, **24**, 41-54, "Relationship Between Solid State NMR and Crystal Structures of Polymorphs and Solvates of Drugs."

65. Byrn, S.R., Carlson, D.V., Chen, J.K., Cushman, M.S., Goldman, M.E., Ma, W.P., Pidgeon, C.L., Ray, K.A., Stowell, J.G., and Weith, H.L., *Adv. Drug. Delivery Rev.,* **6**, 1991, 287-308, "Drug-Oligonucleotide Conjugates."

66. Stowell, J.G., Toma, P.H., and Byrn, S.R., *Acta Cryst.,* **C47**, 1991, 1635-1637, "9,10-Dihydro-9-methylacridine."

67. Stowell, J.G., Toma, P.H., and Byrn, S.R., *Acta Cryst.,* **C47**, 1991, 1637-1640, "9-Phenylacridine and 9-Phenylacridine Hydrochloride."

68. Stowell, J.G., Toma, P.H., and Byrn, S.R., *Biorg. and Med. Chem. Letters,* **2**, 1992, 185-190, "The Structure of MK-571 (Form I) at 170K and Conformational Analysis by Molecular Modeling."

69. Saindon, P.J., Cauchon, N.S., Sutton, P.A., Chang, C.J., Peck, G.E., and Byrn, S.R., *Pharm. Res.,* **10**, 1993, 197-203, "Solid-State NMR Spectra of Pharmaceutical Dosage Forms."

70. Dalla Riva Toma, J.M., Toma, P.H., Fanwick, P.E., Bergstrom, D.E., Byrn, S.R., *J. Cryst. and Spect. Res.*, **23**, 1993, 41-47. Photochemical Synthesis and Crystal Structure of two Potentially Useful Metal Carbonyl Complexes: Pentacarbonyl ($\eta^2$-*cis*-cyclooctene)-tungsten(0) and tetracarbonylbis ($\eta^2$-*cis*-cyclooctene)-tungsten(0).

71. Toma, P.H., Nguyen, D.N., Byrn, S.R., *Acta Cryst., C49, 1993, 914-916.* 9-Chloro-2-ethoxy-6-nitroacridine.

72. Stephenson, G.A., Stowell, J.G., Toma, P.A., Dorman, D.E., Greene, J.R., and Byrn, S.R., *J. Am. Chem. Soc.,* **116**, 5766 (1994). Solid-state analysis of Polymorphs, Isomorphic, and Solvated Forms of Dirithromycin.

73. Ma, Wu Po, Hamilton, S.E., Stowell, J.G., Byrn, S.R., and Davisson, V.J., *Biorg. & Med. Chemistry,* **2**, 169-179 (1994). Sequence Specific Cleavage of Messenger RNA by a Modified Ribonuclease H.

74. Byrn, S.R., Pfeiffer, R.R., Stephenson, G., Grant, D.J.W., and Gleason, W.B., *Chemistry of Materials*, **6**, 1148 (1994).  Solid-State Pharmaceutical Chemistry.

75. Toma, P.H., Kelley, M.P., Borchardt, T.B., Byrn, S.R., and Kahr, B., *Chemistry of Materials,* 6, 1317 (1994). Chromoisomers and Polymorphs of 9-Phenylacridinium Hydrogen Sulfate.

76. Huang, K.-S., Britton, D., Etter, M.C., and Byrn, S.R., *J. Materials Chemistry*, 1995, **5**, 379-383. Polymorphic Characterization and Structural Comparisons of the NLO Active and Inactive Forms of Two Polymorphs of 1,3-Bis(m-nitrophenyl)urea.

77. Byrn, S.R., Pfeiffer, R.R., Ganey, M., Hoiberg, C., and Poochikian, G., *Pharm Res*. 12, 945-954 (1995). Pharmaceutical Solids: A Strategic approach to Regulatory Considerations.

78. Saleki-Gerhardt, A., Stowell, J.G., Byrn, S.R., and Zografi, G., *J. Pharm. Sci.* 84, 318-323 (1995).  Hydration and Dehydration of Crystalline and Amorphous Forms of Raffinose.

79. Byrn, S. R. and J. G. Stowell *J. Drug Targeting* 3(4): 239-41 (1995). "Drug targeting using conjugates: the importance of pharmaceutical chemistry.".

80. Akers, M. J., N. Milton, et al. *Pharm. Res* 12(10): 1457-61 (1995). "Glycine crystallization during freezing: the effects of salt form, pH, and ionic strength."

81. Huang, K. S., D. Britton, Etter, M.C., and Byrn, S.R.;*J. Mater. Chem* 5(3): 379-83 (1995). "Polymorphic characterization and structural comparisons of the non-linear optically active and inactive forms of two polymorphs of 1,3-bis(m-nitrophenyl)urea.".

82. Huang, K. S., D. Britton, Etter, M.C., and Byrn, S.R.; *J. Mater. Chem* 6(2): 123-9 (1996). "Synthesis, polymorphic characterization and structural comparisons of the non-linear optically active and inactive forms of polymorphs of 3-(nitroanilino)cycloalk-2-en-1-ones.".

83. Morales, L., Stowell, J.G, and Byrn, S.R.; *Rev. Boliv. Quim* 12(1): 59-67(1995). "Alkyl substituted acridine synthesis. I. Organometallic synthesis.".

84. Stephenson, G. A., Borchardt, T. B., Bunnell, C., Snorek, S., Bowyer, J., Yu, L., and Byrn, S, *J. Pharm. Sci* 84(11): 1385-6. (1995). "Conformational and Color Polymorphism of 5-Methyl-2-[(2- nitrophenyl)amino]-3-thiophenecarbonitrile."

85. Wahle, M.C., Stowell, J.G., and Byrn, S.R., *Acta Crystallogr., Sect. C, Cryst. Struct. Commun.,* c52, 325-8 (1996).  "Sodium 3α, 7α, 12α-trihydroxy-5β-cholan-24-oate ethanolate (sodium cholate ethanolate)."

87. Wahle, M.C., and Byrn, S.R., *Acta Crystallogr., Sect. C, Cryst. Struct. Commun.,* C52, 2495-2499 (1996). "Sodium Cholate Methanolate and Sodium Cholate 2-Propanolate."

88. Wahle, M.C. and Byrn, S.R., *Acta Crystallogr., Sect. C, Cryst. Struct. Commun.,* C52, 2500-2502 (1996). "3α, 7α, 12α-Trihydroxy-5β-cholan-24-oic Acid Methyl Ester Ethanolate (Methyl Cholate Ethanolate)."

89. Stephenson, G.A., Wozniak, T.J., Stowell, J.G., and Byrn, S.R., *J. Mol. Struct.,* 380, 93-100 (1996). "Nizatidine, N-[2-[[[2[(dimethylamino)methyl]-4-thiazoyl]methyl]thio]ethyl]-N'-methyl-2-nitro-1,1-ethenediamine."

90. Stephenson, Gregory A.; Pfeiffer, Ralph R.; Byrn, Stephen R., *Int. J. Pharm.*, 146(1), 93-99 (1997).  Solid-state investigation of the tautomerism of acetohexamide.

91. Wahle, Mark C. and Byrn, Stephen R., *Acta Crystallogr., Sect. C: Cryst. Struct. Commun.,* C53(3), 334-339 (1997). Hydrated structures of N-methylated cholamide derivatives.

92. Kim, Chinpal; MacKellar, Warren C.; Cho, NaMi; Byrn, Stephen R. ; Morre, D. James, *Biochim. Biophys. Acta*, 1324(2), 171-181 (1997). Impermeant antitumor sulfonylurea conjugates that inhibit plasma membrane NADH oxidase and growth of HeLa cells in culture.  Identification of binding proteins from sera of cancer patients.

93. Wahle, Mark C.; Fanwick, Phillip E.;  Byrn, Stephen R., *Acta Crystallogr., Sect. C: Cryst. Struct. Commun.,* C53(4), 480-482 (1997). Cholamide dihydrate.

94. Shalaev, Evgenyi Yu.; Byrn, Stephen R.; Zografi, George, *Int. J. Chem. Kinet.,* 29(5), 339-348 (1997). Single-phase and heterophase solid-state chemical kinetics of thermally induced methyl transfer in tetraglycine methyl ester.

95. Huang, Kin-Shan; Britton, Doyle; Etter, Margaret C.; Byrn, Stephen R., *J. Mater. Chem.,* 7(5), 713-720 (1997). A novel class of phenol-pyridine co-crystals for second harmonic generation.

96. Stahly, G. Patrick; McKenzie, Ann T.; Andres, Mark C.; Russell, Catherine A.; Byrn, Stephen R.; Johnson, Pete , *J. Pharm. Sci.,* 86(8), 970-971 (1997). Determination of the Optical Purity of Ibuprofen Using X-ray Powder Diffraction.

97. Shalaev, Evgenyi Yu.; Shalaeva, Marina; Byrn, Stephen R.; Zografi, George, *Int. J. Pharm.,* 152(1), 75-88 (1997). Effects of processing on the solid-state methyl transfer of tetraglycine methyl ester.

98. Stephenson, Gregory A.; Stowell, Joseph G.; Toma, Pascal H.; Pfeiffer, Ralph R.; Byrn, Stephen R., *J. Pharm. Sci.,* 86(11), 1239-1244 (1997). Solid-State Investigations of Erythromycin A Dihydrate  Structure, NMR Spectroscopy, and Hygroscopicity.

99. Xu, Wei; Wahle, Mark C.; Stowell, Joseph G.; Byrn, Stephen R., *Acta Crystallogr., Sect. C: Cryst. Struct. Commun.,* C53(12), 1917-1919 (1997). Spirapril hydrochloride hydrate.

100. Joshi, Vidya; Stowell, Joseph G.;   Byrn, Stephen R.  Mol. Cryst. Liq. Cryst. Sci. Technol., Sect. A, 313, 265-270 1998. Solid-state stability of indomethacin solvates.

101. Borchardt, Thomas B.; Stowell, Joseph G.;  Byrn, Stephen R. Mol. Cryst. Liq. Cryst. Sci. Technol., Sect. A, 313, 271-276 (English) 1998. The crystallization of 5-methyl-2-[(2-nitrophenyl)amino]-3-thiophenecarbonitrile in the presence of structurally similar compounds.

102. Morris, K.R., Nail, S.L., Peck, G.E., Byrn, S.R., Griesser, U.J., Stowell, J.G., Hwang, S-J, Park, K, "Advances in pharmaceutical materials and processing", Pharmaceutical Science and Technology Today, Volume 1, No. 6, September 1998.

103. Smith, Jay; MacNamara, Ernesto; Raftery, Daniel; Borchardt, Thomas;  Byrn, Stephen  J. Am. Chem. Soc., 120(45), 11710-11713 (English) 1998. Application of Two-Dimensional 13C Solid-State NMR to the Study of Conformational Polymorphism.

104. Chongprasert, Suchart; Griesser, Ulrich J.; Bottorff, Arthur T.; Williams, N. Adeyinka; Byrn, Stephen R., Nail, Steven L . J. Pharm. Sci., 87(9), 1155-1160 Effects of Freeze-Dry Processing Conditions on the Crystallization of Pentamidine Isethionate.

105. Yu, Lian; Stephenson, Gregory A.; Mitchell, Christine A.; Bunnell, Charles A.; Snorek, Sharon V.; Bowyer, J. Joe; Borchardt, Thomas B.; Stowell, Joseph G.; Byrn, Stephen R. J. Am. Chem. Soc., 122(4), 585-591, 2000. Thermochemistry and Conformational Polymorphism of a Hexamorphic Crystal System.

106. Guo, Yushen; Byrn, Stephen R.,  Zografi, George; Pharm. Res., 17(8),  930-935 2000. Effects of lyophilization on the physical characteristics and chemical stability of amorphous quinapril hydrochloride.

107. Guo, Yushen; Byrn, Stephen R.,  Zografi, George; J. Pharm. Sci., 89, 128-143, 2000. Physical characteristics and chemical degradation of amorphous quinapril hydrochloride.

108. Morris, Kenneth R.; Stowell, Joseph G.; Byrn, Stephen R.; Placette, Allen W.; Davis, Tiffani D.; Peck, Garnet E.; Drug Dev. Ind. Pharm., 26(9), 985-988, 2000.  Accelerated fluid bed drying using NIR monitoring and phenomenological modeling.

109. Zografi, Z., Byrn, S.R., Symposium on the Properties of Water in Foods], Helsinki, Finland, May 30-June 4, 1998, Meeting Date 1998, 397-410.  Editor(s): Roos, Yrjo H.; Leslie, R. B.; Lillford, Peter J.  Technomic Publishing Co., Inc.: Lancaster, Pa. (English) 1999.   The effects of residual water on solid-state stability of drugs and drug products.

110. He, Xiaorong; Griesser, Ulrich J.; Stowell, Joseph G.; Borchardt, Thomas B.; Byrn, S.R. ; J. Pharm. Sci., 90, 371, 2001. Conformational color polymorphism and control of crystallization of 5-methyl-2-[(4-methyl-2-nitrophenyl)amino]-3-thiophenecarbonitrile.

111. He, Xiaorong; Stowell, Joseph G.; Morris, Kenneth R.; Pfeiffer, Ralph R.; Li, Hui; Stahly, G. Patrick; Byrn, Stephen R.; Stabilization of a Metastable Polymorph of 4-Methyl-2-nitroacetanilide by Isomorphic Additives. Crystal Growth and Design, 1, 305-312, 2001.

112. Byrn, S. R.; Xu, W.; Newman, A. W.; Chemical reactivity in solid-state pharmaceuticals: formulation implications.   Advanced Drug Delivery Reviews, 48(1), 115-136, 2001.

113. Pagola, S.; Stephens, P. W.; He, X.; Byrn, S. R.;   Crystal structure solution of the dark red, light red and orange polymorphs of 5-methyl-2-[(2-nitro-4-methylphenyl)amino]-3-thiophenecarbonitrile by high resolution X-ray powder diffraction and simulated annealing techniques.  Materials Science Forum, 378-381(Pt. 2, EPDIC 7, Part 2), 789-794 (English) 2001.

114. Reutzel-Edens, Susan M.; Bush, Julie K.; Magee, Paula A.; Stephenson, Greg A.; Byrn, Stephen R.; Anhydrates and Hydrates of Olanzapine: Crystallization, Solid-State Characterization, and Structural Relationships. Growth & Design, 3(6), 897-907, 2003

115. Griesser, Ulrich J.; Morris, Kenneth R.; Byrn, Stephen R.; Stowell, Joseph G.  X-ray Diffraction and Solid-State NMR Investigation of the "Single-Crystal to Single-Crystal Dehydration of Thiamine Hydrochloride." Crystal Growth & Design, 3(6), 997-1004, 2003

116. Tishmack, Patrick A.; Bugay, David E., Byrn, Stephen R., "Solid-state nuclear magnetic resonance spectroscopy-pharmaceutical applications." Journal of Pharmaceutical Sciences, 92(3), 441-474 (English) 2003

117. Chen, Xiaoming; Morris, Kenneth R.; Griesser, Ulrich J.; Byrn, Stephen R. ; Stowell, Joseph G. "Reactivity Differences of Indomethacin Solid Forms with Ammonia Gas."  Journal of the American Chemical Society, 124(50), 15012-15019, 2002.

118. Newman, Ann W.; Byrn, Stephen R., "Solid-state analysis of the active pharmaceutical ingredient in drug products." Drug Discovery Today, 8(19), 898 -905.

14

119. Davis, Tiffani D.; Morris, Kenneth R.; Huang, Huapeng; Peck, Garnet E.; Stowell, Joseph G.; Eisenhauer, Bradley J.; Hilden , Jon L.; Gibson, David; Byrn, Stephen R, "In situ Monitoring of Wet Granulation Using Online X-Ray Powder Diffraction," Pharmaceutical Research, 20(11), 1851-1857, 2003.

120. Davis, Tiffani D.; Peck, Garnet E.; Stowell, Joseph G.; Morris, Kenneth R.; Byrn, Stephen R., "Modeling and Monitoring of Polymorphic Transformations During the Drying Phase of Wet Granulation." Pharmaceutical Research, 21 (5), 860-866, 2004.

121. Stephen R. Byrn, Simon Bates, and Igor Ivanisevic. Regulatory Aspects of X-ray Powder Diffraction, Part I. American Pharmaceutical Review, 8(3), 55-59 May/Jun 2005.

122. Stephen R. Byrn, Simon Bates, and Igor Ivanisevic. Regulatory Aspects of X-ray Powder Diffraction, Part II. American Pharmaceutical Review, 8(4), 137-141 Jul/Aug 2005.

123. Stephen Byrn, Kenneth Morris, Shawn Comella, Reducing Time to Market with A Science-Based Product Management Strategy, Pharmaceutical Technology, Aug. 1, 2005.

124. Terakita, Akira; Byrn, Stephen R., Structure and physical stability of hydrates and thermotropic mesophase of calcium benzoate.   Journal of Pharmaceutical Sciences, 95(5), 1162-1172, 2006.

125. McBride, Jennifer M.; Smith, Daniel T.; Byrn, Stephen R.; Borgens, Richard B.; Shi, Riyi Dose responses of three 4-aminopyridine derivatives on axonal conduction in spinal cord trauma.   European Journal of Pharmaceutical Sciences, 27(2-3), 237-242, 2006.

126. Qiu, Zhihui; Stowell, Joseph G.; Cao, Wenjin; Morris, Kenneth R.;  Byrn, Stephen R.; Carvajal, M. Teresa. Effect of milling and compression on the solid-state Maillard reaction.  .   Journal of Pharmaceutical Sciences, 94(11), 2568-2580, 2005.

127. Qiu, Zhihui; Stowell, Joseph G.; Morris, Kenneth R.; Byrn, Stephen R.; Pinal, Rodolfo Kinetic study of the Maillard reaction between metoclopramide hydrochloride and lactose.   International Journal of Pharmaceutics, 303(1-2), 20-30, 2005.

128. Chen, Xiaoming; Griesser, Ulrich J.; Te, Ruth L.; Pfeiffer, Ralph R.; Morris, Kenneth R.; Stowell, Joseph G.;  Byrn, Stephen R., Analysis of the acid-base reaction between solid indomethacin and sodium bicarbonate using infrared spectroscopy, X-ray powder diffraction, and solid-state nuclear magnetic resonance spectroscopy. Journal of Pharmaceutical and Biomedical Analysis, 38(4), 670-677, 2005.

129. Smith, Daniel T.; Shi, Riyi; Borgens, Richard B.; McBride, Jennifer M.; Jackson, Kevin; Byrn, Stephen R. Development of novel 4-aminopyridine derivatives as potential treatments for neurological injury and disease. European Journal of Medicinal Chemistry, 40(9), 908-917, 2005.

130. Byrn, Stephen R.; Pfeiffer, Ralph R.; Stowell, Joseph G. Polymorphs, regulations, crystallization, and solid-state chemistry.   American Pharmaceutical Review, 5(3), 92, 94, 96-99, 2002.

131. Hu, Yuerong; Wikstrom, Hakan;   Byrn, Stephen R.; Taylor, Lynne S. Analysis of the effect of Particle size on Polymorphic Quantitation by Raman spectroscopy. Applied Spectroscopy, 60(9), 977-984, 2006.

132. Atassi, Faraj;  and Byrn, Stephen R. General Trends in the Desolvation Behavior of Calcium Salts. Pharmaceutical Research, 23(10), 2405-2412, 2006.

133. Li, Hui; Stowell, Joseph G.; Borchardt, Thomas B.;   Byrn, Stephen R.   Synthesis, Conformational Polymorphism, and Construction of a G-T Diagram of 2-[(2-Nitrophenyl)amino]-3-thiophenecarbonitrile. Crystal Growth & Design, 6(11), 2469-2474, 2006.

15

134. Mao, Chen; Chamarthy, Sai Prasanth;  Byrn, Stephen R. ; Pinal, Rodolfo  A Calorimetric Method to Estimate Molecular Mobility of Amorphous Solids at Relatively Low Temperatures.  Pharmaceutical Research, 23(10), 2269-2276, 2006.

135. Crooks, Peter A.; Kottayil, Santosh G.; Al-Ghananeem, Abeer M.;  Byrn, Stephen R.;      Butterfield, D. Allan  Opiate receptor binding properties of morphine-, dihydromorphine-,  and codeine 6-O-sulfate ester congeners.  Bioorganic & Medicinal Chemistry Letters, 16(16), 4291-4295, 2006.

136. Henck, Jan-Olav; and Byrn, Stephen R., Designing a Molecular Delivery System in a Preclinical Timeframe, Drug Discovery Today, 12, 189-199 (2007)

137. Li, Hui; Stowell, Joseph G.; He, Xiaorong; Morris, Kenneth R.; Byrn, Stephen R., Investigations on solid-solid phase transformation of 5-methyl-2-[(4-methyl-2-nitrophenyl)amino]-3-thiophenecarbonitrile. Journal of Pharmaceutical Sciences  96(5),  1079-1089 (2007).

138. McBride, J. M.; Smith, D. T.; Byrn, S. R.; Borgens, R. B.; Shi, R.   4-Aminopyridine derivatives enhance impulse conduction in guinea-pig spinal cord following traumatic injury.  Neuroscience, 148(1),  44-52 (2007).

139. Liang, Jessica K.; Byrn, Stephen.   On-line Raman spectroscopy in pharmaceutical process development:  application and future prospects.    American Pharmaceutical Review 10(4),  45-51 (2007).

140. Hu, Yuerong; Wikstroem, Hakan; Byrn, Stephen R.; Taylor, Lynne S.   Estimation of the transition temperature for an enantiotropic polymorphic system from the transformation kinetics monitored using Raman spectroscopy. Journal of Pharmaceutical and Biomedical Analysis, 45(4), 546-551 (2007).

141. Chongcharoen, Wanchai; Byrn, Stephen; Sutanthavibul, Narueporn; Solid state interconversion between anhydrous norfloxacin and its hydrates, Journal of pharmaceutical Sciences, 97 (1), 473-489 (2007).

142. Lee, Eun Hee; Boerrigter, Stephan X.; Rumondor, Alfred C.; Chamarthy, Sai P.; and Byrn, Stephen R., Formation and Solid-State Characterization of a Salt-Induced Metastable Polymorph of Flufenamic Acid, Crystal Growth and Design, 8 (1), 91-97 (2008).

143. Byrn, Stephen; Liang, Jessica; Bates, Simon; Newman, Ann; PAT – Process Understanding and Control of Active Pharmaceutical Ingredients; PAT – The Journal of Process Analytical Technology, 3 (6), 14-19 (2006).

144. Lee, EunHee; Byrn, Stephen; Carvajal, Teresa; Additive Induced Metastable Single Crystal of Mefenamic Acid; Pharmaceutical Research, 23 (10), 2375-2380 (2006).

145. Joshi, Vidya; Morris, Kenneth R.; Byrn, Stephen R.; Carvajal, M. Teresa, Evaluation of the Use of Ea (Activation Energy) as a Quantitative Indicator of Physical Stability of Indomethacin Solvates: Methanolate and Tertiary Butyl Alcohol Solvate, Crystal Growth & Design 9(8), 3359-3366. (2009).

146. Chen, Xiaoming; Stowell, Joseph G.; Morris, Kenneth R.; Byrn, Stephen R., Quantitative study of solid-state acid-base reactions between polymorphs of flufenamic acid and magnesium oxide using X-ray powder diffraction. Journal of Pharmaceutical and Biomedical Analysis (2010), 51(4), 866-874.

147. Lee, Eun Hee; Boerrigter, Stephan X. M.; Byrn, Stephen R., Epitaxy of a Structurally Related Compound on the (100) Faces of Flufenamic Acid Form I and III Single Crystals. Crystal Growth & Design (2010), 10(2), 518-527.

148. Lee, Eun Hee; Smith, Daniel T.; Fanwick, Phillip E.; Byrn, Stephen R., Characterization and Anisotropic Lattice Expansion/Contraction of Polymorphs of Tenofovir Disoproxil Fumarate. Crystal Growth & Design (2010), 10(5), 2314-2322.

149. Trasi, Niraj S.; Boerrigter, Stephan X. M.; Byrn, Stephen Robert, Investigation of the Milling-Induced Thermal Behavior of Crystalline and Amorphous Griseofulvin. Pharmaceutical Research (2010), 27(7), 1377-1389.

150. Atassi, Faraj; Mao, Chen; Masadeh, Ahmad S.; Byrn, Stephen R., Solid-state characterization of amorphous and mesomorphous calcium ketoprofen. Journal of Pharmaceutical Sciences (2010), 99(9), 3684-3697.

151. Byrn, Stephen R.; Zografi, George; Chen, Xiaoming. . Accelerating proof of concept for small molecule drugs using solid-state chemistry.  From Journal of Pharmaceutical Sciences (2010), 99(9), 3839-3848.

152. Li, Hui; Wen, Hong; Stowell, Joseph G.; Morris, Kenneth R.; Byrn, Stephen R., Crystal quality and physical reactivity in the case of flufenamic acid (FFA). Journal of Pharmaceutical Sciences (2010), 99(9), 3839-3848.

153. Engers, David; Teng, Jing; Jimenez-Novoa, Jonathan; Gent, Philip; Hossack, Stuart; Campbell, Cheryl; Thomson, John; Ivanisevic, Igor; Templeton, Alison; Byrn, Stephen; et al., A solid-state approach to enable early development compounds: selection and animal bioavailability studies of an itraconazole amorphous solid dispersion. Journal of Pharmaceutical Sciences (2010), 99(9), 3901-3922.

155. Ripin, David H. Brown; Teager, David S.; Fortunak, Joseph; Basha, Shaik Mahaboob; Bivins, Nylea; Boddy, Christopher N.; Byrn, Stephen; Catlin, Kelly K.; Houghton, Stephen R.; Jagadeesh, S. Tirumala; et al., Process Improvements for the Manufacture of Tenofovir Disoproxil Fumarate at Commercial Scale. Organic Process Research & Development (2010), 14(5), 1194-1201.

156. Emeje, Martins; Olaleye, Olajide; Isimi, Christiana; Fortunak, Joseph; Byrn, Stephen; Kunle, Olobayo; Ofoefule, Sabinus, Oral sustained release tablets of zidovudine using binary blends of natural and synthetic polymers. Biological & Pharmaceutical Bulletin (2010), 33(9), 1561-156.

157. Mao, Chen; Prasanth Chamarthy, Sai; Byrn, Stephen R.; Pinal, Rodolfo, Theoretical and Experimental Considerations on the Enthalpic Relaxation of Organic Glasses using Differential Scanning Calorimetry. Journal of Physical Chemistry B (2010),114(1), 269-279.

158. Lee, Eun Hee; Byrn, Stephen R., Stabilization of metastable flufenamic acid by inclusion of mefenamic acid: solid solution or epilayer., Journal of Pharmaceutical Sciences (2010), 99(9), 4013-4022.

158. Trasi, Niraj S.; Boerrigter, Stephan X. M.; Byrn, Stephen R.; Carvajal, Teresa M., Investigating the effect of dehydration conditions on the compactibility of glucose.  International Journal of Pharmaceutics(2011),406(1-2),55-61.

159. Yamauchi, Masahiro; Lee, Eun Hee; Otte, Andrew; Byrn, Stephen R.; Carvajal, M. Teresa, Contrasting the Surface and Bulk Properties of Anhydrate and Dehydrated Hydrate Materials.  Crystal Growth & Design(2011),11(3),692-698.

160. Ito, Takanori; Byrn, Stephen; Chen, Xin; Carvajal, M. Teresa. Thermal insight of mechanically activated bile acid powders,  International Journal of Pharmaceutics (2011), 420(1), 68-75.

17

161. Emeje, Martins; Isimi, Christiana; Byrn, Stephen; Fortunak, Joseph; Kunlun, Olobayo; Ofoefule, Sabinus. Extraction and physicochemical characterization of a new polysaccharide obtained from the fresh fruits of Abelmoschus esculentus . Iranian Journal of Pharmaceutical Research (2011), 10(2), 237-246

162. Byrn, Stephen R.; Tishmack, Patrick A.; Milton, Mark J.; Velde, Helgi, Analysis of Two Commercially Available Bortezomib Products: Differences in Assay of Active Agent and Impurity Profile. AAPS PharmSciTech (2011), 12(2), 461-467.

163. Su, Ziyang; Luthra, Suman; Krzyzaniak, Joseph F.; Agra-Kooijman, Dena M.; Kumar, Satyendra; Byrn, Stephen R.; Shalaev, Evgenyi Y.   Crystalline, liquid crystalline, and isotropic phases of sodium deoxycholate in water. Journal of Pharmaceutical Sciences (2011), 100(11), 4836-4844.

164. Weber, R.J.K., Benmore, C.J., Tumber, S.K., Tailor, A.N., Rey, C.A., Taylor, L.S., and Byrn, S. R., Acoustic levitation: recent developments and emerging opportunities in biomaterials research, Eur. Biophys. J., (2012) 41, 397-403.

165. Byrn, Stephen R.; Henck, Jan-Olav, Optimizing Physical Form – opportunities and limitations,  Drug Discovery Today: Technologies (2012), 9(2), e73-e78.

166. Trasi, Niraj S.; Byrn, Stephen R, Mechanically Induced Amorphization of Drugs: A Study of the Thermal Behavior of Cryomilled Compounds, AAPS PharmSciTech (**2012**), 13(3), 772-784.

167. Lee, Eun Hee; Byrn, Stephen R.; Pinal, Rodolfo, The solution properties of mefenamic acid and a closely related analogue are indistinguishable in polar solvents but significantly different in nonpolar environments, Journal of Pharmaceutical Sciences (**2012**), 101(12), 4529-4539.

168. Fortunak, Joseph MD; Byrn, Stephen R.; Dyson, Brandon; Ekeocha, Zita; Ellison, Tiffany; King, Christopher L.; Kulkarni, Amol A.; Lee, Mindy; Conrad, Chelsea; Thompson, Keeshaloy,  An efficient, green chemical synthesis of the malaria drug, piperaquine, Tropical Journal of Pharmaceutical Research (2013), 12(5), 791-798.

169. Lee, Jangmi; Boerrigter, Stephan X. M.; Jung, Young Woo; Byun, Youngjoo; Yuk, Soon Hong; Byrn, Stephen R.; Lee, Eun Hee, Organic vapor sorption method of isostructural solvates and polymorph of tenofovir disoproxil fumarate, European Journal of Pharmaceutical Sciences (2013), 50(3-4), 253-262.

170. Weber, J. K. R.; Benmore, C. J.; Tailor, A. N.; Tumber, S. K.; Neuefeind, J.; Cherry, B.; Yarger, J. L.; Mou, Q.; Weber, W.; Byrn, S. R., A neutron-X-ray, NMR and calorimetric study of glassy Probucol synthesized using containerless techniques, Chemical Physics (2013), 424, 89-92.

171. Benmore, Chris J.; Weber, J. K. R.; Tailor, Amit N.; Cherry, Brian R.; Yarger, Jeffery L.; Mou, Qiushi; Weber, Warner; Neuefeind, Joerg; Byrn, Stephen R., Structural characterization and aging of glassy pharmaceuticals made using acoustic levitation, Journal of Pharmaceutical Sciences (2013), 102(4), 1290-1300.

172. Gurvich Vadim J; Byrn Stephen R,  NIPTE: a multi-university partnership supporting academic drug development, Drug Discovery Today (2013), 18(19-20), 916-21.

173. Byrn, Stephen; Futran, Maricio; Thomas, Hayden; Jayjock, Eric; Maron, Nicola; Meyer, Robert F.; Myerson, Allan S.; Thien, Michael P.; Trout, Bernhardt L., Achieving Continuous Manufacturing for Final

Dosage Formation: Challenges and How to Meet Them. 2014 Continuous Symposium, May 20-21, Journal of Pharmaceutical Sciences (2015), 104(3), 792-802.

174. Song, Yang; Yang, Xinghao; Chen, Xin; Nie, Haichen; Byrn, Stephen; Lubach, Joseph W., Investigation of Drug-Excipient Interactions in Lapatinib Amorphous Solid Dispersions Using Solid-State NMR Spectroscopy, Molecular Pharmaceutics (2015), Ahead of Print. DOI:10.1021/mp500692a

175. Song, Yang; Zemlyanov, Dmitry; Chen, Xin; Nie, Haichen; Su, Ziyang; Fang, Ke; Yang, Xinghao; Smith, Daniel; Byrn, Stephen; Lubach, Joseph W, Acid-Base Interactions of Polystyrene Sulfonic Acid in Amorphous Solid Dispersions Using a Combined UV/FTIR/XPS/ssNMR Study; Molecular Pharmaceutics (2016), 13(2), 483-492. Language: English, DOI:10.1021/acs.molpharmaceut.5b00708

176. Nie, Haichen; Mo, Huaping; Zhang, Mingtao; Song, Yang; Fang, Ke; Taylor, Lynne S.; Li, Tonglei; Byrn, Stephen R., Investigating the Interaction Pattern and Structural Elements of a Drug-Polymer Complex at the Molecular Level.  Molecular Pharmaceutics (2015), 12(7), 2459-2468. Language: English, DOI:10.1021/acs.molpharmaceut.5b00162

177. Penumetcha, Sai Sumana; Byrn, Stephen R.; Morris, Kenneth R., Relaxation Kinetic Study of Eudragit NM30D Film Based on Complex Modulus Formalism, AAPS PharmSciTech (2015), 16(5), 1180-1189.

178. Nie, Haichen; Xu, Wei; Ren, Jie; Taylor, Lynne S.; Marsac, Patrick J.; John, Christopher T.; Byrn, Stephen R., Impact of Metallic Stearates on Disproportionation of Hydrochloride Salts of Weak Bases in Solid-State Formulations, Molecular Pharmaceutics (2016), 13(10), 3541-3552.

179. Song, Yang; Zemlyanov, Dmitry; Chen, Xin; Su, Ziyang; Nie, Haichen; Lubach, Joseph W.; Smith, Daniel; Byrn, Stephen; Pinal, Rodolfo, Acid-base interactions in amorphous solid dispersions of lumefantrine prepared by spray-drying and hot-melt extrusion using X-ray photoelectron spectroscopy International Journal of Pharmaceutics (Amsterdam, Netherlands) (2016), 514(2), 456-464.  Language: English, \,DOI:10.1208/s12249- 015-0289-x

180. Benmore, C. J.; Mou, Q.; Benmore, K. J.; Robinson, D. S.; Neuefeind, J.; Ilavsky, J.; Byrn, S. R.; Yarger, J. L., A SAXS-WAXS study of the endothermic transitions in amorphous or supercooled liquid itraconazole Thermochimica Acta (2016), 644, 1-5.

181. Nie, Haichen; Su, Yongchao; Zhang, Mingtao; Song, Yang; Leone, Anthony; Taylor, Lynne S.; Marsac, Patrick J.; Li, Tonglei; Byrn, Stephen, Solid-State Spectroscopic Investigation of Molecular Interactions between Clofazimine and Hypromellose Phthalate in Amorphous Solid Dispersions, Molecular Pharmaceutics (2016), 13(11), 3964-3975.

182. de Araujo, Gabriel L. B.; Zeller, Matthias; Smith, Daniel; Nie, Haichen; Byrn, Stephen R, Unexpected Single Crystal Growth Induced by a Wire and New Crystalline Structures of Lapatinib, Crystal Growth & Design (2016), 16(10), 6122-6130

19

183. Braun, Doris E.; Nartowski, Karol P.; Khimyak, Yaroslav Z.; Morris, Kenneth R.;  Byrn, Stephen R ; Griesser, Ulrich J., Structural Properties, Order-Disorder Phenomena, and Phase Stability of Orotic Acid Crystal Forms, Molecular Pharmaceutics (2016), 13(3), 1012-1029.

184. Byrn, S. R.; Ekeocha, Z.; Clase, K. L., An Education Strategy to Respond to Medicine Inequality in Africa. J. Pharm. Sci. 2017, 106 (7), 1693-1696.

185. de Araujo, G. L. B.; Benmore, C. J.; Byrn, S. R., Local Structure of Ion Pair Interaction in Lapatinib Amorphous Dispersions characterized by Synchrotron X-Ray diffraction and Pair Distribution Function Analysis. Sci. Rep. 2017, 7, 46367.

186. Kalra, A.; Tishmack, P.; Lubach, J. W.; Munson, E. J.; Taylor, L. S.; Byrn, S. R.; Li, T., Impact of Supramolecular Aggregation on the Crystallization Kinetics of Organic Compounds from the Supercooled Liquid State. Mol. Pharmaceutics 2017, 14 (6), 2126-2137.

187. Nie, H.; Byrn, S. R.; Zhou, Q., Stability of pharmaceutical salts in solid oral dosage forms. Drug Dev. Ind. Pharm. 2017, 43 (8), 1215-1228.

188. Nie, H.; Xu, W.; Taylor, L. S.; Marsac, P. J.; Byrn, S. R., Crystalline solid dispersion-a strategy to slowdown salt disproportionation in solid state formulations during storage and wet granulation. Int. J. Pharm. (Amsterdam, Neth.) 2017, 517 (1-2), 203-215.

189.Weber, J. K. R.; Benmore, C. J.; Suthar, K. J.; Tamalonis, A. J.; Alderman, O. L. G.; Sendelbach, S.; Kondev, V.; Yarger, J.; Rey, C. A.; Byrn, S. R., Using containerless methods to develop amorphous pharmaceuticals. Biochim. Biophys. Acta, Gen. Subj. 2017, 1861 (1_Part_B), 3686-3692.

190. Zeller, M.; Barros de Araujo, G. L.; Parker, T.; Singh Rai, A.; Byrn, S. R., A new solvate of afatinib, a specific inhibitor of the ErbB family of tyrosine kinases. Acta Crystallogr., Sect. E: Crystallogr. Commun. 2017, 73 (3), 417-422.

**Patents**

1. Pyridines for treating injured mammalian nerve tissue, Borgens; Richard B. (Delphi, IN), Shi; Riyi (West Lafayette, IN), Byrn; Stephen R. (West Lafayette, IN), Smith; Daniel T. (Lafayette, IN), US Patent 8,729,107, Sept. 9,2010.

2. Pyridines for treating injured mammalian nerve tissue, Borgens; Richard B. (Delphi, IN), Shi; Riyi (West Lafayette, IN), Byrn; Stephen R. (West Lafayette, IN), Smith; Daniel T. (Lafayette, IN), US 8,097,638, July 16, 2007.

3. Pyridines for treating injured mammalian nerve tissue, Borgens; Richard B. (Delphi, IN), Shi; Riyi (West Lafayette, IN), Byrn; Stephen R. (West Lafayette, IN), Smith; Daniel T. (Lafayette, IN), US 7,244,748, Dec. 5, 2003.

4.  Crystalline forms of [R-(R*,R*)]-2-(4-fluorophenyl)-.beta.,.delta.-dihydroxy-5-(1-methylethyl)- -3-phenyl-4-[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid calcium salt (2:1), Byrn; Stephen Robert (West Lafayette, IN), Coates; David Andrew (West Lafayette, IN), Gushurst; Karen Sue (Lafayette, IN), Krzyzaniak; Joseph Francis (Pawcatuck, CT), Li; Zheng Jane (Quaker Hill, CT), Morrison, II; Henry Grant (Lafayette, IN), Park; Aeri (West Lafayette, IN), Vlahova; Petinka Ivanova (Lafayette, IN), US 7,144,915, June 6, 2003.

5.  NADH oxidase assay for neoplasia determination, Morr e; D. James (West Lafayette, IN), Byrn; Steven R. (West Lafayette, IN), Crane; Frederick L. (West Lafayette, IN), Morr e; Dorothy M. (West Lafayette, IN), US 5,605,810, April 5, 1994.

### Book Chapters

Solid State Structure of Chiral Organic Pharmaceuticals, Stahly, G.P.; and Byrn, S. R., in Molecular Modeling Applications in Crystallization, 313-345, Allan Myerson, Ed., Cambridge Univ., Press

Structural aspects of polymorphism. Brittain, Harry G.;  Byrn,  Stephen R. Drugs Pharm. Sci., 95(Polymorphism in Pharmaceutical Solids), 73-124

The solid-state structure of chiral organic pharmaceuticals. Stahly, G. Patrick;  Byrn, Stephen R. Mol. Model. Appl. Cryst., 313-345.  Editor(s): Myerson, Allan S.  Cambridge University Press: Cambridge, UK.(English) 1999.

### Papers Presented or Co-Authored:

A large number of papers have been presented at various conferences since 1974.

### Invited Lectures, Seminars, and Courses:

"The Mechanisms of Action of Ion Transporting Antibiotics," DePauw Univ., Greencastle, Indiana, October, 1974.

"The Solid State and Solution Conformational Isomerism of Drugs," Commercial Solvents Corporation, Terre Haute, Indiana, May, 1975.

"Solid State Reactions of Drugs," Indiana State University, Terre Haute, Indiana, April, 1975.

"Desolvations of Organic Molecular Crystals and their Pharmaceutical Applications," Chemistry Department, University of Illinois, Urbana Illinois, November, 1977.

"Desolvations of Organic Molecular Crystals and their Pharmaceutical Applications," Department of Medicinal Chemistry, University of Illinois at the Medical Center, Chicago, Illinois, March, 1978.

"Solid State Reactions of Drugs," Eli Lilly and Co., Indianapolis, Indiana, June, 1979.

21

"Relationship between the Solid State and Solution Conformation of Drugs," Youngstown State University, Youngstown, Ohio, Oct., 1980.

"Solid State Reactions in Medicinal Chemistry," Rose Polytechnical Institute, March, 1980.

"Solid State NMR Spectra of Drugs," Eli Lilly and Co., June, 1982.

"Solid State Chemistry of Drugs," DePauw University, Greencastle, Indiana, October, 1983.

"Polymorphism and the Solid State Chemistry of Drugs," McNeil Laboratories, Fort Washington, Pennsylvania, January, 1984.

"Structure Elucidation of Natural Products Using X-Ray Crystallography," King Saud University, Riyadh, Saudi Arabia, A series of 4 lectures presented in February, 1984.

"Mode of Action of AMSA," Drug Dynamics Institute, School of Pharmacy, University of Texas, Austin, Texas, May, 1984.

"Solid State Chemistry of Drugs," Eli Lilly-Tippecanoe Labs, May 10, 1985.

"Methods for the Analysis of Drugs," Hewlett Packard Short Course, Purdue University, West Lafayette, Indiana, June 19, 1985.

"Solid State Chemistry of Drugs," Chemistry Department, University of Kentucky, Lexington, Kentucky, October, 1984.

"Chemistry of Drug-DNA Interactions," Phi Lambda Upsilon Lecture, DePauw-Wabash Chapter, DePauw University, Greencastle, Indiana, March 20, l986.

"Desolvation of Drug Crystal Forms" and "Crystallographic Study and Solid State NMR Spectra of Crystalline Drugs," both Seminars presented at Merck-Frosst  Pharmaceuticals, Montreal, Canada, May 4-6, l986.

"Solid State Chemistry of Drugs, Desolvation, Oxidation, and Solid State NMR Spectra of Steroid Crystal Forms," Merck Sharp and Dohme Research Laboratories, West Point, Pennsylvania, June l0, l986.

"Solid State Stability of Drug Substances," Burroughs Wellcome Company, Research Triangle Park, North Carolina, October l, l986.

"Solid State Oxidation Reactions," Merck Sharpe and Dohme Research  Laboratories, West Point, Pennsylvania, May 8, l987

"Polymorphs and Solvates of Drugs," Ortho Lecture Series, Ortho Pharmaceutical, Raritan, New Jersey, April 22, l987.

"Solid State Chemistry of Drugs," K. N. Trueblood Retirement Symposium, University of California, Los Angeles, California, March 18, 1989.

"Residential School:  Polymorphs and Solvates of Drugs," Short Course, Royal Society of Chemistry, University of Bradford, London, June 24-26, 1989.

"Solid State Oxidation Reactions," University of Wisconsin, Madison, Wisconsin, June 12, 1989.

22

"Solid State Chemistry of Drugs," Land-of-Lakes Conference, Madison, Wisconsin, June 13, 1989.

"Solid State Chemistry of Steroids," Upjohn Company, Kalamazoo, Michigan, November 6, 1989.

"Solid State Chemistry of Drugs," Wyeth-Ayerst Pharmaceuticals, Rouses Point, New York, February 20, 1990.

"Solid State Chemistry of Drugs," Smith Kline Beecham, King of Prussia, Pennsylvania, April 11, 1990.

X-Ray Crystallographic Analysis of Pharmaceuticals," Land of Lakes Conference, Madison, Wisconsin, August 1, 1990.

"Solid State Oxidation Reactions," Pfizer Central Research, Groton, Connecticut, August 18, 1989.

"Solid State Chemistry of Drugs," Glaxo, Inc., Research Triangle Park, North Carolina, August 22, 1990.

"Polymorphs and Solvates of Drugs," Short Course presented to Hoffmann LaRoche, Nutley, New Jersey, September 11 and 12, 1990.

"Stability of Solvated Crystals," Abbott Laboratories, Abbott Park, Illinois, April 17, 1991.

"Powder Diffraction Analysis of Pharmaceuticals," Parke-Davis/Warner Lambert, Holland, Michigan, May 3, 1991.

"Anticancer Drug Design," American Cancer Society, Indianapolis, Indiana, February 25, 1989.

"Polymorphs and Solvates of Drugs," Short Course, Purdue University, June 5-7, 1990.

"Crystal Hydrates and Water in Crystalline Pharmaceuticals," Eino Nelson Conference, Phoenix, Arizona, November 27, 1990.

"Polymorphs and Solvates of Drugs," Burroughs-Wellcome, Inc., Greenville, North Carolina, April 9, 1991.

"Pharmaceutical Solids Short Course," Rhone-Poulenc Rorer, Collegeville, Pennsylvania, January 22-23, 1992.

"Pharmaceutical Solids Short Course," Eli Lilly and Company, Indianapolis, Indiana, February 13-14, 1992.

"Regulatory Issues for Pharmaceutical Solids," Merck Research Laboratories, West Point, Pennsylvania, February 28, 1992.

"Pharmaceutical Solids Short Course," Sandoz Pharmaceutical, East Hanover, New Jersey, March 2-3, 1992.

"Pharmaceutical Solids Short Course," Meadowlands Hilton, Seacacus, New Jersey, April 21-22, 1992.

23

"Pharmaceutical Solids Short Course," UNIGOV, University of Puerto Rico, San Juan, Puerto Rico, April 30-May 1, 1992.

"Pharmaceutical Solids Short Course," Abbott Laboratories, Chicago, Illinois, May 15, 1992

"Pharmaceutical Solids Short Course," Sterling, Inc., Renseleaar, NY, June 4-5, 1992

"Residential School:  Polymorphs and Solvates of Drugs," Short Course, Royal Society of Chemistry, University of Bradford, London, July, 27-29, 1992.

"Pharmaceutical Solids Short Course," Burroughs Wellcome, Greenville, NC, August 11-12, 1992

"Pharmaceutical Solids Short Course," Washington Marriott, Washington, DC, October 27-28, 1992

"Polymorphs and Solvates Short Course," AAPS Short Course, San Antonio, TX, November 15, 1992

"Drug-Excipient Interactions in the Solid State," UNIGOV Conference on Excipients, San Juan, PR, Jan. 28, 1993

"Pharmaceutical Solids Short Course," Rhône-Poulenc Rorer, Paris, France, Feb. 9-10, 1993

"Pharmaceutical Solids Short Course," Meadowlands Hilton, Secaucus, NJ, April 27-30, 1993

"Pharmaceutical Solids Short Course," Syntex, Inc., Palo Alto, CA, May 6-7, 1993

"Mobility in Pharmaceutical Solids," G.D. Searle, Chicago, Illinois, May 12, 1993

"Solid State Chemistry of Drugs," Parke-Davis Warner/Lambert, Morris Plains, NJ, June 21, 1993

"Pharmaceutical Solids Short Course," Washington Marriott, Washington D.C., September 30, 1993

"Solid-State Pharmaceutical Chemistry," PR&D Building Dedication, Merck Research Laboratories, West Point, PA, October 8, 1993

"AIDS Research at Purdue University," Northeast Missouri State University, Kirksville, MO December 7, 1993.

"Mobility in Pharmaceutical Solids," Hoffmann-LaRoche, Nutley, NJ December 9, 1993.

"Solid State Chemistry of Drugs," Parke-Davis Warner/Lambert, Holland, MI, February 24, 1994.

"Mobility in Pharmaceutical Solids," Pfizer Central Research, Groton, CT, February 9, 1994.

"Solid State Pharmaceutical Chemistry," University of Minnesota, Minneapolis, MN, April 4, 1994.

"Pharmaceutical Solids Short Course," Pfizer, Inc., Groton, CT, April 11-12, 1994.

24

"Pharmaceutical Solids Short Course," Meadowlands Hilton, Secaucus, NJ, April 27-30, 1994.

"Pharmaceutical Solids Short Course," Geneva, Pharmaceuticals, Broomfield, CO, May 4-5, 1994.

"Pharmaceutical Solids Short Course," Crystal City Marriott, Washington, D.C., October 5-7, 1994.

"Instrumental Methods of Characterizing Bulk Drug Substances"  Pharmaceutical Seminars, Wilmington, N.C., June, 1994

"Pharmaceutical Solids, " R.W. Johnson, August 10, 1995.

"Pharmaceutical Solids, " Upjohn Co., December 7, 1995.

"Pharmaceutical Solids Short Course," Crystal City Marriott, Washington, D.C., April, 1995.

 "Solid State Chemistry of Drugs, " Syntex Chemicals, Inc., Boulder, CO, February 2, 1996

"Intersection of Laws, Regulations, and Scientific Principles," Burkett Lectures, DePauw University, Greencastle, IN April 2, 1996.

"Organic Solid State Chemistry and Pharmaceutical Materials Science," Burkett Lectures, DePauw University, Greencastle, IN April 2, 1996.

"Pharmaceutical Solids Short Course," Crystal City Marriott, Washington, D.C., April 30-May 2, 1996.

"Practical Consequences of Polymorphism," McNeil Consumer Products, Ft. Washington, PA May 7, 1996.

"Practical Consequences of Polymorphism," Biogen, Cambridge MA, June 12, 1996.

"Practical Consequences of Polymorphism, "Genentech, S. San Francisco, CA, June 19, 1996.

"Pharmaceutical Solids Short Course," Crystal City Marriott, Washington, D.C., April 28 -May 1, 1998.

"Pharmaceutical Solids," Short Course at the DuPont-Merck, June 12-13, 1997.

"Pharmaceutical Solids," Short Course at the FDA, September 29, 1997.

"Pharmaceutical Solids Short Course," Crystal City Marriott, Washington, D.C., April 29-May 1, 1998.

"Pharmaceutical Solids," Proctor and Gamble Pharmaceuticals, Norwich, N.Y., July 27-28, 1998

"Pharmaceutical Solids Short Course," Sanofi Pharma, September 21-23, 1998

"Pharmaceutical Solids Short Course," Novartis, Feb. 4-5, 1999

"CAMP Technologies, J&J, Spring House," PA April 13-15, 1999

25

"Pharmaceutical Solids, SSCI Course," Washington, DC, April 28-30, 1999

"Solid-state Chemistry of Drugs and Analysis," University of Michigan, College of Pharmacy and Engineering, Ann Arbor, MI 2-10-00.

"Solid-state Chemistry of Drugs," University of Minnesota, College of Pharmacy, 3-30-00.

"Polymorphism and Solid-state Chemistry of Drugs,"  Ball State University, Chemistry Department, Muncie, IN 11-11-99.

"Particle Formation and Crystallization of Pharmaceuticals," London, England and Crystal City, VA, June and Sept 9-10. 1999

 "Pharmaceutical Solids Short Course," Roche, August 12-13, 1999

"Pharmaceutical Solids Short Course," Searle, October 10-13, 1999

"Pharmaceutical Solids Short Course," Warner-Lambert, November 1-3, 1999

"Pharmaceutical Solids Short Course," Warner-Lambert, Feb. 23-25, 2000

"Pharmaceutical Solids Short Course," Pfizer, March 20-22, 2000

"Pharmaceutical Solids," SSCI Course, Washington, DC, May 9-11, 2000

"Pharmaceutical Solids," SSCI Course, Fremont, CA, May 23-25, 2000

"Pharmaceutical Solids," SSCI Course, J&J, July 29-31, 2000.

"Pharmaceutical Materials Science and Research," AAPS Head's Meeting, Indianapolis, IN, October 27, 2000.

"Dimensions of Pharmaceutical Solids," IIT Seminar, November, 2000.

"Pharmaceutical Solids," SSCI Course, Schering, May, 2001.

"Pharmaceutical Solids," SSCI Course, Washington, DC, May 2001.

"Pharmaceutical Solids," SSCI Course, Pfizer, May, 2001.

"Six Dimensions of Pharmaceutical Solids," Wyeth Ayerst, January 2001.

"Polymorphism and Stability of Drugs," Univ. of Kentucky, February 7, 2001.

"Pharmaceutical Solids, SSCI Course," Washington, DC, May 8-10, 2001

26

"New Technologies for Process Analytical Technologies," FDA, Washington, DC, April 1, 2002.

"PAT," Watson Pharmaceuticals, Corona, CA, March 3-4, 2003

"Pharmaceutical Solids, SSCI Course," Washington, DC, May 9-11, 2002

"Pharmaceutical Solids, SSCI Course," Washington, DC, May 10-12, 2003

"Solid State Chemistry of Biologicals," SSCI Course, South San Francisco, Nov. 16-17, 2003

"Pharmaceutical Solids, SSCI Course," Washington, DC, May 5-7, 2004

"PAT: Achieving Mechanistic Understanding through Solid State Chemistry," SSCI Short Course, Princeton, NJ, September, 2004

"Midwest Organic Solid State Chemistry Symposium" June 2-4, 2005, Purdue University.

"Pharmaceutical Solids, SSCI Course," Washington, DC, May 9-11, 2005

"Biological Solids," South San Francisco, CA, February 15-16, 2005

"Pharmaceutical Solids, SSCI Course," Washington, DC, March 29-31, 2006.

"Pharmaceutical Solids, SSCI Course," Merck and Co., West Point, PA, September 16-17, 2006.

"Biopharmaceutical Solids, Aptuit/SSCI Course," San Francisco, CA, February, 27-28, 2007.

"Pharmaceutical Solids, SSCI Course," Washington, DC, April 10-12, 2007.

"Pharmaceutical Solids, SSCI Course," Washington, DC, April 8-10, 2008.

"Pharmaceutical Solids, SSCI Course," San Francisco, CA, May 14-15, 2008.

"Processing and Formulation Approaches for Improving the Apparent Solubility Controlled Release, Glatt Controlled Release Symposium, Sept. 18-20, 2007, Mahwah, NJ.

"Solid State Properties in Drug Development," Howard University, Washington, DC, Sept. 10, 2007.

"Pharmaceutical Solids, SSCI Course," Washington, DC, April 22-24, 2008.

"Forced Degradation Testing To Improve Stability Prediction and Reduce Time to Market", Forced Degradation of Small Molecules Conference, Philadelphia, PA, February 25-27, 2008

"Solid Phase Characterization Short Course," EAS, Nov. 11, 2008

27

"Pharmaceutical Solids, SSCI Course," Washington, DC, April 21-23, 2009.

"Pharmaceutical Solids, SSCI Course," San Francisco, CA, May 13-14, 2009.

"Drug Discovery", Kilimanjaro School of Pharmacy/St. Luke Foundation Course, Moshi, Tanzania, March 17 - 28, 2008

"Drug Development", Kilimanjaro School of Pharmacy/St. Luke Foundation Course, Moshi, Tanzania, December 1-12, 2008

"Drug Development", Kilimanjaro School of Pharmacy/St. Luke Foundation Course, Moshi, Tanzania, May 18-29, 2009

"Pharmaceutical Manufacturing," Kilimanjaro School of Pharmacy/St. Luke Foundation Course, Moshi, Tanzania, August 3-14, 2009.

"Drug Discovery", Kilimanjaro School of Pharmacy/St. Luke Foundation Course, Moshi, Tanzania, March 17 - 28, 2010

"Pharmaceutical Solids, SSCI Course," Washington, DC, April 13-15, 2010.

"Drug Development", Kilimanjaro School of Pharmacy/St. Luke Foundation Course, Moshi, Tanzania, March 10-19, 2010

"Physical Characterization and Methods of Analysis", Short Course," EAS, Nov. 14, 2010

"Drug Development", Kilimanjaro School of Pharmacy/St. Luke Foundation Course, Moshi, Tanzania, March 14-25, 2011

"Physical Characterization and Methods of Analysis", Short Course," EAS, Nov. 12-13, 2011

"Sustainable Medicines in Africa," University of Kansas, Oct. 10, 2011

"Drug Development", Kilimanjaro School of Pharmacy/St. Luke Foundation Course, Moshi, Tanzania, March 14-25, 2011

"Manufacturing", Kilimanjaro School of Pharmacy/St. Luke Foundation Course, Moshi, Tanzania, August 8-19, 2011

"Documents", Kilimanjaro School of Pharmacy/St. Luke Foundation Course, Moshi, Tanzania, March 5-16, 2012

"Drug Development", Kilimanjaro School of Pharmacy/St. Luke Foundation Course, Moshi, Tanzania, August 6-17, 2012

28

"Drug Registration: US FDA Approaches to Reviewing Generic Drug Applications and PEPFAR Reviews." Short course taught by US FDA, Kilimanjaro School of Pharmacy, Purdue University, and Howard University, Moshi, Tanzania , Sept. 24-28, 2012.

"Pharmaceutical Solids," SSCI Short Course, Chicago, IL, Oct. 18-19, 2012

"Pharmaceutical Solids," EAS Short Course, Somerset, NJ, November 4, 2013

"Solid State Properties of Pharmaceutical Materials", Eastern Analytical Symposium, Sommerset, NJ, Nov. 12 and 13, 2015

"Molecular Structure of Medicines," Wagner Lecture, University of Michigan, Sept. 26, 2016.

"Solid State Chemistry of Drugs Impact and Regulatory Awareness," Short Course, Bangkok, Thailand, August 11, 2017.

**<u>Invited Symposium Talks at National or International Meetings</u>:**

"The Purdue BS-MS Program," AACP Meeting, Boston, Massachusetts, July, 1980.

"Polymorphism and the Solid State Chemistry of Drugs," FACSS Meeting, Philadelphia, Pennsylvania, September, 1983.

"CP/MAS Spectra of Drugs, A New Method for the Investigation of Polymorphs and Solvates," 25th Annual Medicinal Chemistry Symposium, SUNY Buffalo, Buffalo, New York, June 11-14, 1984.

"Polymorphism and the Solid State Chemistry of Drugs," Eastern Analytical Symposium, New York, New York, November 15, 1984.

"Structure-Reactivity Correlations in Crystalline Solids," 132nd Annual A.Ph.A. Meeting, San Antonio, Texas, February 19, 1985.

"Solid State Chemistry of Drugs," A.Ph.A. Acad. Pharm. Sci., Short Course on Materials Characterization, San Francisco, California, March l6, l986.

"Solid State Chemistry of Polymorphs, Solvates, and Metastable Crystal Forms of Drugs," North Eastern Regional Pharmaceutics Association Seventh Annual Meeting, New Haven, Connecticut, June 27, l986.

"Correlation of Crystal Structure and Solid State NMR Spectra of Steroid Polymorphs," 44th Pittsburgh Diffraction Conference, Pittsburgh, Pennsylvania, October 29-3l, l986.

"Polymorphism of Drugs," Annual Meeting of the American Crystallographic Association, University of Texas, Austin, Texas, March l5-20, l987.

"Overview - Current Status of Basic Research in Pharmaceutical Solids," Second  Annual Meeting, American Association of Pharmaceutical Sciences, Boston, Massachusetts, June 7-l2, l987.

29

"X-ray Crystallography and Solid-State NMR," American Crystallographic Association Symposium, Philadelphia, Pennsylvania, June l988.

"Hepa Filtration and Biosafety Training of Pharmacy Students," Biomedical Safety Conference, Indianapolis, Indiana, June l989.

"Design of Anti-AIDS Drugs," 17th International Symposium of the Controlled Release Society, Reno, Nevada, July 22-25, 1990.

"Structure and Stability of Crystal Solvates," American Association of Pharmaceutical Scientists, Las Vegas, Nevada, November 6, 1990.

"Structure and Behavior of Crystal Hydrates," Eino Nelson Conference, Phoenix, Arizona, November 27, 1990.

"Structure and Mobility of Polymorphs and Solvates of Pharmaceuticals," 4th Computational Methods in Chemical Design, Kloster Irsee, Germany, May 15-20, 1994.

"Solid State Chemical Instability: Mechanistic and Kinetic Issues" 36th Annual International Industrial Pharmaceutical Research Conference, " Merrimac, Wisconsin, June 6-10, 1994.

"Solid State Pharmaceutical Chemistry: Applications of Solid State NMR," PharmAnalysis Conference, Atlantic City, NJ, June 21, 1994.

"Solid State Pharmaceutical Chemistry," 25th Meeting, Fine Particle Society and Second International Conference, New Brunswick, NJ, July 26, 1994.

"Solid State Pharmaceutical Chemistry," Am. Cryst. Assoc., July, 27, 1995, Montreal, Canada

"Chemical Reactions in Amorphous or Disordered Pharmaceutical Solids," Fine Particle Society, Chicago, IL, August 23, 1995

"Color Dimorphism from 1905 To 1995," COGM International Meeting, Washington, DC, August 30, 1995

"Practical Consequences of Polymorphism," FDA-AAPS Workshop on Polymorphism, Washington, D.C., February 26-28, 1996

"New Developments in Solid State NMR," AAPS-USP Meeting, Washington, D.C., April 25-6, 1996.

"Solid State NMR Spectra of Drugs, Eastern Analytical Symposium, Somerset, N.J., Nov. 8, 1996

"Solid-state Chemical Reactions of Drugs," Higuchi Conference, Lake of the Ozarks, Mo., March 9-11, 1997.

"Assessment: Impact of Bulk Drug Manufacturing Changes on Physical Properties", AAPS-FDA BACPAC Conference, Washington D.C., March 25, 1997

"Practical Consequences of Polymorphism," ACT Meeting, St. Louis, Mo., April 7-9, 1997.

30

"Characterization of Polymorphic Behavior: Research and Regulatory Perspective," AAPS Eastern Regional Meeting, New Brunswick, N.J., June 9-10,1997.

"Overview - What is Polymorphism and How Important is it?" British Pharmaceutical Conference, Scarborough England, September 18, 1997.

"Chemical Reactivity in the Solid State," AAPS National Meeting, Boston, Mass., Nov. 2-6, 1997

"Solid State Chemistry – Regulations and Reactions" MSI International Symposium, San Diego, CA, February 18-20, 1998

"Physical Transformations of Solvated Pharmaceuticals," Royal Society of Chemistry National Meeting, Polymorphism Symposium, Durham, England, April 7, 1998

"Stability of Solid Pharmaceuticals," AAPS Western Regional Meeting, South San Francisco, CA. June 1, 1998

"Crystallization and Polymorphism Issues in Controlled Release Dosage Forms," Organized and presented at a one day short course, Controlled Release Society International Meeting, Las Vegas, NV., June 25, 1998.

"BACPAC," World Pharm Conference, Philadelphia, PA, Sept 22, 1998

"BACPAC and PQRI," DIA Conference, Washington, D.C., Nov. 9, 1998

"PQRI", AAPS National Meeting, San Francisco, CA, Nov. 17, 1999

"Energy-temperature Diagrams," PhaTA4, Karlsruhe, Germany, March 24, 1999

"BACPAC, An Update, SUPAC Conference, Washington, DC, 5-4-99

"BACPAC, Bulk Active Post Approval Changes," World Pharm., Philadelphia, PA, 10-28-00.

"Transformation During Processing," AAPS National Meeting, New Orleans, LA 11-15-99

"PQRI, Drug Substances Technical Committee," AAPS National Meeting, New Orleans, LA 11-15-99

"Impurities and Stability of Pharmaceuticals," GMP-API Course, Univ. of Wisconsin Continuing Ed., Jan 20, 2000 and May 19, 2000.

"Crystallization of Pharmaceuticals," Alun Bowen Lecture, British Crystallographic Association Meeting, April 4, 2000, Edinburgh, Scotland

"Computational Approaches to Solid State Chemistry," Millennium Pharmaceutical Sciences Meeting, San Francisco, CA April 18, 2000

"Chemical Stability of Pharmaceuticals," Land of Lakes Conference, Devils Lake, WI, June, 2000.

"Solid State NMR of Pharmaceuticals," SMASH NMR Conference, Argonne, IL July 16, 2000.

31

"Polymorphism," Land of Lakes Analytical Conference, Devils Lake, WI, July 31, 2000.

"Fundamentals of Solid State Reactions," AAPS National Meeting, Indianapolis, IN, Oct. 26, 2000.

"NIR and LIF Methods of Monitoring Blend Homogeneity," AAPS National Meeting, Indianapolis, IN 2000.

"Strategies for Metastable Phases," AAPS Congress of Americas Short Course, March 2000.

"Implications of Solid State Chemistry for Process Development," Rhodia International Conference on Process Development, Amelia Island, FL, April 2001

"Raman Mapping and Physical Transformations," EAS, September 2001, Atlantic City, NJ

"Using Crystal Engineering to Predict Stability and Reduce Time to Market," Higuchi Research Seminar, May 2001, Lawrence, KA.

Polymorphism & Crystallization Conference, Chairperson and Presenter on Regulatory Aspects, Philadelphia, PA June 20-21, 2002.

"Crystallization and Solid State Chemistry of Pharmaceuticals", Aminoff Symposium, Royal Academy of Sciences, Stockholm, Sweden, September 12, 2002.

"Validation of Process Analytical Technologies", IVT PAT Conference, Gaithersberg, MD, Oct. 24, 2002

"Engineering Sameness: Polymorphism, Crystallization, and Stability of Solid Pharmaceuticals", AIChE Plenary Lecture, AIChE National Meeting, Indianapolis, IN, November 4, 2002

"Solid State Analysis of API in Drug Product," AAPS National Meeting, November 6, 2002

"Validation of NIR Methods for the Pharmaceutical Industry," AAPS National Meeting, November 6, 2002

"Achieving Sameness, USP, Washington, DC, December 18, 2002.

"Strategies for Incorporating NIR into PAT, " IIR Conference, Washington, DC, Feb 4-6, 2003.

"Overview of Particle Manufacture and Blending," Particle Size analysis Workshop, AAPS, April 30, 2003.

"Reactivity of Polymorphs, Predicting Stability," ACS Prospectives Conference, Tampa, FL Feb 23, 2003

"Regulatory Aspects of Polymorphism," APV Course, Bonn, Germany, May 12, 2003

32

"Approaches to PAT using In-line Sensors," PAT Summit, Washington, DC, September 29, 2003

"Solid State Characterization Technologies for Online Analysis," AAPS National Meeting, Salt Lake City, UT, October 30, 2003

"National GMP Curriculum, "AAPS National Meeting, Salt Lake City, UT, October 28, 2003

Enz Lectures, University of Kansas, August, 2004

"Solid State Chemistry of Amorphous Materials," ACS Prospectives Symposium, Feb 8-11, 2004

"Polymorphism and Pharmaceuticals," Stephen R. Byrn, IUCR Intl. School of Crystallography, Diversity Amidst Similarity, Erice, Italy

"Strategies to Improve Solubility Using Amorphous Materials and Co-crystals," Barnett Improving Solubility Conference, Philadelphia, PA, June 3, 2005.

"Polymorphs of API and Implications in Drug Development," CVG Conference, Toronto, CA, Sept. 27, 2004

"Implementing Quality by Design," IIR PAT Conference, Princeton, NJ, Dec. 13, 2004.

"Novel Approaches to Characterization," AAPS National Meeting, Baltimore, MD, November 2005.

"Busse Lectures" (1. Solid State Pharmaceutical Chemistry; 2. Regulated Pharmaceutical Industry in 2010), University of Wisconsin, Madison, Wisconsin.

"Achieving Mechanistic Understanding through Solid State Chemistry,"  PAT Workshop, J. Liang and S. Byrn, PAT Conference, June 14-17, 2005, Philadelphia, PA.

"Regulatory Applications of Patent-Derived Analytical Methods,"  PITTCON, March 4, 2005, Orlando FL,

"Using PAT to Reduce Time to Market" Academic and Industrial Research in PAT, Wyeth Scientific Symposium, Pearl River, NY, Feb. 27, 2005.

"PAT Process Understanding and Control of APIs" PAT Workshop, J. Liang and S. Byrn, PAT Conference, June 14-17, 2005, Philadelphia, PA.

"Novel Approaches to Characterization.  Accelerating the Drug Development Process" AAPS National Meeting, November 11 2004, Baltimore, MD.

33

"Polymorphs in API, Implications for Drug Development", CVG Meeting, Toronto, CA, Sept. 27-28, 2005.

"Building a Start-up Knowledge Based Company" ACS National Meeting, August 2004, Philadelphia, PA.

"Design and Characterization of Pharmaceutical Solids for Quality Product Development, Strategies for the 21st Century," Keynote Lecture, Stephen R. Byrn, Ph. D., Department of Industrial and Physical Pharmacy, Purdue University and SSCI, Inc. West Lafayette, Indiana, Land of Lakes 48th Conference, Merrimac Wisconsin, June 2006.

"Physical Characterization of Pharmaceutical Solids,"NIST Meeting on Organic Materials, NIST, Rockville, MD, April 5-7, 2006.

"What does this all mean to a Formulator," AAPS National Meeting, Nashville, TN, Nov. 6-11, 2006.

"New Opportunities in Solid State Characterization", British Pharmaceutical Conference, Manchester, England, September 24-28, 2005.

"Using PAT to Understand Process and Reduce Time to Market and Speed Drug Development while Avoiding Regulatory Problems," Bioanalytical Testing World Congress, Philadelphia, PA, and September 19-21, 2006.

"Science-Based Product Management and PAT", Global Manufacturing Summit, September 7-9, 2005, Atlanta, GA.

"Solid State Strategies for Improving Solubility", Water-Insoluble Drug Delivery Course, Park Hyatt Hotel, Philadelphia, PA, July 18, 2005.

"Implication of Polymorphism for Formulation Design", Formulation Development Meeting, Philadelphia, PA, July 26-27, 2006

"Improving Drug Development Via Crystallization And Crystal Growth." Edinburg, Scotland, Sept 10-12, 2006.

"Physical Stability in the Solid State", Stephen R. Byrn, AAPS Workshop on Pharmaceutical Stability, September 10-12, Bethesda, MD, 2006.

"Quality by "Design and PAT", AICHE National Meeting, Salt Lake City Utah, November 5, 2007.

Chairman Polymorphism and Crystallization Scientific Forum, IQPC, December 3-5, Philadelphia, PA.  Presented Lead-off Talk entitled: "Designing Optimized Formulations Utilizing Polymorphs/Cocrystals/Amorphous Forms within a Preclinical Timeframe."

34

**"**Leverage Forced Degradation Testing To Improve Stability Prediction and Reduce Time to Market", Forced Degradation of Small Molecules,  February 25-27, 2008

"Strategies for Preparation and Manufacture of Polymer-based Nanoparticulate Formulations", Bio-Nano Conference, Hyderbad India, March 13-14, 2008.

"Quality by design and Process Analytical Technology for Pharmaceutical Manufacturing in the 21st Century", Bio-Nano Conference, Hyderbad India, March 13-14, 2008.

"Molecules to Medicines: Bringing Drugs to Market Following GMP. Green Chemistry and Production of Essential Medicines in Developing Countries", March 18-20, 2008, Abuja Nigeria

"A Model for Education and Pharmaceutical Manufacturing in Africa, Green Chemistry and Production of Essential Medicines in Developing Countries", March 18-20, 2008, Abuja Nigeria

"Understanding Additive Effects on Crystallization, Polymorphic Transformation and Solubility" ACS Award in Separations Science and Technology Symposium, ACS National Meeting, New Orleans, LA, April 7, 2008

"Fast to IND with Quality by Design", ISPE International Conference, Boca Raton, FL, Oct. 28, 2008.

"Utilizing Amorphous Dispersions to Reduce Time to IND", AAPS International Meeting, Atlanta, GA, Nov. 23, 2008.

"A QbD Solubility Enhancement Platforms for Fast Drug Development Abstract",  Keynote lecture at the Indo-US Bilateral Workshop on Pharmaceutical Cocrystals and Polymorphs, Mysore, India, February 8 to 11, 2009

"Accelerating Proof of Concept Using Solid State Chemistry", PGSRM Conference, Purdue University, June 25-27,

"Sustainable Medicines in Africa", Swintowsky Distinguished Lecture, University of Kentucky, Lectington, KY, Sept. 24, 2009

"Accelerating Proof of Concept", Swintowsky Distinguished Lecture, University of Kentucky, Lectington, KY, Sept. 25, 2009

"Accelerating Proof of Concept Using Solid State Chemistry," David Grant Award Lecture, AAPS, Sept 11, 2009, Los Angeles, CA.

"Accelerating Translational/Clinical Research using Solid State Chemistry", David Grant Symposium, University of Minnesota, June 2, 2010.

"Strategies for Novel Pediatric Formulations," Peck Symposium, Purdue University, October 14, 2010.

35

"Solid-state Chemistry of Biopharmaceuticals: Fundamental Issues and Study Approaches", Arden House AAPS Conference, West Point, NY, March 10, 2011

"Sustainable Medicine Program in Tanzania and East Africa" AAPS Indianapolis-Cincinnati Discussion Group, January 27, 2011

Sustainable Medicines in Africa, AAPS National Meeting, New Orleans, LA, Nov. 15, 2011

Sustainable Medicines in Africa FACCS National Meeting, Reno, NV, Oct. 5, 2011

Design and Characterization of Drug Substance Solid Form for Quality Formulation Development, Strategies for the 21st Century, Land of Lakes Conference, Devil's Lake, Wisconsin, June 11-15, 2012.

Accelerating Proof of Concept Using Solid State Chemistry, Aptuit Conference on Early Drug Development, Florence, Italy, May 15, 2012.

Enhancing Drug Bioavailability and Solubility, Stephen Byrn, Boston Solubility and Bioavailability Conference, January 22, 2013

Sustainable Medicines in Africa, Pittcon, Philadelphia, PA, March 19, 2013

Business and Clinical Rationale for Development of Fixed Dose Combination Products, Land of Lakes Conference on FDC Drugs, Madison, WI, June 3, 2014

Enhancing Drug Bioavailability and Solubility, Stephen Byrn, California Solubility and Bioavailability Conference, June 18, 2013

Framing the Key Properties that Must be Optimized in Drug Molecules in Order to have a Drug Product, AAPS National Meeting, San Antonio, November 12, 2013

Winning the Race: Using the Right Strategies for Phase and Formulation to Rapidly Achieve Clinical Entry, AAPS National Meeting, San Antonio, November 13, 2014

Introducing Levitation Technology for the Production of Amorphous Drugs, Boston Solubility Project, ex Pharma, Boston Mass. Jan. 27-28, 2014.

Structure and Analysis of Amorphous Solids, ICDD Meeting, Hyderabad, India, August, 18, 2017

Regulatory Science of Solid State Chemistry, IUCr Crystallography Meeting, Hyderabad, India, August, 19, 2017

**Principal Investigator on Grants:**

36

"Conformational Isomerism in the Solid State and in Solution," Stephen R. Byrn, Am. Chem. Soc. Starter Grant #2687-G1, $7,500, 7-1-72 to 6-30-76.

"The Structures of Ion Transporting Antibiotics in the Solid State and in Solution," Stephen R. Byrn, Cottrell Research Grant from the Research Corporation, $5,345, 1-1-73 to 12-31-75.

"The Interaction of Intercalating Agents with Dideoxynucleotides-Daunomycin," Stephen R. Byrn, Purdue Cancer Committee Grant, $6,000, 1-1-74 to 12-31-75.

"Structural Studies of Physiologically Active Agents," Stephen R. Byrn, NIH Grant #ES00929, $91,076 Direct Costs, 5-1-74 to 4-30-77.

"Solid State Reactions in Medicinal Chemistry," Stephen R. Byrn, NIH Grant #GM21174, $75,000 Direct Costs, 6-1-74 to 5-31-77.

"Structural Studies of Physiologically Active Agents," Stephen R. Byrn, NIH Grant #ES00929, $127,500 Direct Costs, 5-1-77 to 4-30-80.

"Conformational of Pyridoxal Schiff's Bases in the Presence and Absence of Enzymes," Stephen R. Byrn and M.D. Tsai, David Ross Grant, $8,400, 3-1-76 to 2-28-78.

"Solid State Reactions in Medicinal Chemistry," Stephen R. Byrn, NIH Grant #GM21174, $126,000 Direct Costs, 9-1-78 to 8-31-81.

"Molecular Pharmacology of 9-Aminoacridine Antitumor Agents," Purdue Cancer Committee, $5,000, 7-1-80 to 12-31-82.

"Mechanism of Degradation of Moxalactam and Related Compounds," Eli Lilly and Company, 1-1-81 to 12-31-81, $50,000 Total Costs.

"Acridine-DNA Interactions," Part of a Program Project Grant from the National Cancer Institute, W.M. Baird Project Director, ca. $100,000 Direct Costs for 9-1-81 to 6-30-84.

"Solid State Chemistry of Drugs," Eli Lilly and Company, 1-1-82 to 12-31-82, $46,000 Direct Costs.

"Mode of Action of Mutagenic Drugs," NIH Grant #GM29175, 3-1-83 to 2-28-86, $181,000 Direct Costs.

"Solid State Chemistry of Insulin, Nabilone and Cefaclor," Eli Lilly and Company, 1-1-83 to 12-31-83, $34,000 Direct Costs.

"Solid State Chemistry of Insulin and Ceftazidine," Eli Lilly and Company, 5-1-85 to 4-30-86, $5,000 Total Costs, (0593-57-13335), D.L. Smith Co-PI.

"Polymorphism and the Bioavailability of Drugs," NIH Grant #GM34520, 12-1-84 to 11-30-85, $180,000 Direct Costs.

"National Cooperative Drug Discovery Group for the Treatment of AIDS - Synthetic Approach," NIH U0l AI257l2, 9-1-87 to 8-31-90, $1,046,000 Direct Costs for three years.

"Anti-HIV (AIDS) Agents Targeted to the RNA Template," NIH Grant #GM24289, 4-1-88 to 3-31-91, $228,000 for three years.

37

"Solid State Chemistry of Drugs," Grant from Merck and Company, 1988-1990, $50,000.

"Center for AIDS Research," $3,100,000 direct cost, approximately $4,600,000 total costs. September 30, l988 - March 1, 1994.

"Chemical Pharmacology Training Grant," 7-1-90 to 6-30-95, approximately $900,000 Direct Costs for 5 years.

"Chemical Pharmacology Training Grant," 7-1-95 to 6-30-97, approximately $1,200,000 Direct Costs for 5 years.

"Effect of Water on the Molecular Mobility of Pharmaceuticals," Purdue-Wisconsin Joint Project, S. R. Byrn and G. Zografi.  Supported by Merck, Pfizer, Sandoz, Glaxo, Upjohn, Boehringer, Bristol-Myers Squibb, and Syntex 1991-1997, approximately $115,000 per year.

"Crystal Growth and Nucleation During Drying,"  9-1-95 to 8-31-97, $50,000.   NSF Pharmaceutical Processing Center, Purdue University, West Lafayette, IN

"CAMP - Consortium for the Advancement of Manufacturing in Pharmacy" 12-1-96 to 12-31-97,  about $380,000, Drying end Point Detection and Blending Detection, CAMP, Narabeth, PA

"CAMP - Consortium for the Advancement of Manufacturing in Pharmacy" 1-1-98 to 12-31-98, about $400,000, Blending Detection, Parametric Release, Crystallization, (PI or Co-PI) CAMP, Narabeth, PA.

"CAMP - Consortium for the Advancement of Manufacturing in Pharmacy" 1-1-99 to 12-31-99, about $467,000, Blending Detection, Parametric Release, Crystallization, Dye Lasers(PI or Co-PI) CAMP, Narabeth, PA.

NSF "Crystallization During Wet Granulation" ca. $30,000 7/1/97 – 12-31-01

NSF "Solid State Acid Base Reactions" ca. $35,000 7/1/97-12/31/00

"CAMP - Consortium for the Advancement of Manufacturing in Pharmacy" Founder of CAMP along with Professor C. Cooney, MIT, G.K. Raju, and W. Leishear.  Funding for 1-1-99 to 12-31-07 about $450,000 per year. Projects include: Blending Detection, PAT, Crystallization.

"Effect of Water on the Stability of Solid Pharmaceuticals," Purdue-Wisconsin Joint Project. Founder along with Professor G. Zografi, University of Wisconsin.  Program now includes Professors K. Morris, L. Taylor, R. Pinal, and T. Carvajal at Purdue and Professor N. Rodriguez-Hornedo, Univ. of Michigan.  Current supporters are Pfizer, Boehringer, Bristol-Myers Squibb, Roche, Inhale, and Abbott. Funding for 1997-present, approximately $100,000 per year.

"Concretion," NSF, 1-1-00 to 12-31-02, $54,000.

"PTCC – Particle Technology and Crystallization Consortium" Founder of PTCC along with Professors A. Myerson, IIT, K. Morris, Purdue and C. Cooney, MIT.  Funding for 1-1-03 to 12-31-07 about $400,000 total costs. Projects include: Crystallization monitoring, crystallization inhibition, PAT, and sensors.

"Discovering Once-a-Day Specialty Pharmaceutical Products" A.E. Mann Institute, Purdue University, 12-1-2008 to 5-31-2009, $98,150 DC.

38

"Mapping base technologies for detecting counterfeit medications" Lilly Endowment, Purdue University, $100,000, Jan. 1, 2008 through Dec. 31, 2010.

"Indiana Clinical Translational Institute," A. Shekhar, PI, Stephen Byrn, Program Leader Regulatory, 2% Effort, UL1RR025761, KL2RR025760, TL1RR025759, 5/1/08 to 4/30/13. Total Award $24,765,925.

"Drug Reformulation", Mann Institute, Purdue University, $265,000, 11/1/08 to 9/30/10.

"In-vitro, In-vivo Correlations for Dissolution Tests", FDA, $62,000, 9/1/09 to 9/30/10

Formulation of SMA Compound, DHHA-SAIC, August 2010 through July 31, 2011, ~ $180,000.

"Industrial Pharmacy Services Laboratory, IPPH Department, Purdue University, July 2012-present, about $200,000 per year

"Evaluation of Drug Product Formulations of Abuse Deterrent Drugs", NIPTE and FDA, HHSF2232013011189P, Sept. 16, 2013 – Sept. 12, 2015. Total Award $500,000.

"Master's Scholarships for Students Studying in Kilimanjaro School of Pharmacy for Purdue MS Degree, Merck Foundation, $600,000.  Sept 2014 to June 30, 2016.

"Investigations of Active Coating End Point Determination", Astra Zeneca, Nov. 1, 2015 through April 30, 2016, $134,000.

"Evaluation of Drug Product Formulations of Abuse Deterrent Drugs", NIPTE and FDA, April 1, 2017 – August 31, 2017. Total Award $100,000.

"Pharmaceutical Quality Scorecard Development," NIPTE and FDA, 2U01FD004275, December 1, 2017 – November 30, 2018, $329,635


**<u>Co-Principal Investigator on Grants</u>:**

"Chemical-Antitumor Activity of Lactones and Epoxides," J.M. Cassady and S.R. Byrn, NIH Grant, #CA $114,906 Direct Costs, 9-1-75 to 8-31-78.

Member of the Cancer Center of Purdue University.  This Cancer Center has received two core grants and a building grant from the National Cancer Institute.

RR025759-61NIH/NCRR (A. Shekhar (PI), 07/01/08 - 06/30/13, Indiana Clinical and Translational Science Institute. Description: Multi-institutional project to support translational research in Indiana. Role: Program Leader, Regulatory Knowledge and Support, Member Pediatric Research Team. 2012 to present.

**<u>Consultantships</u>:**

Numerous consultantships with many pharmaceutical companies (including Novartis, Pfizer, BMS, J&J, Wyeth, Lilly, Roche, Abbott, Watson, and Merck) and many others over the years 1975 to present.

Co-Founder and Study Director, SSCI, a research and information GMP contract research firm in West Lafayette, IN employing about 90 people, 1991-2006.  SSCI was sold to Aptuit in 2006. Consultant to Aptuit Nov. 2009-present

Consulting for several legal firms on major solid state chemistry, formulation, polymorphism, and salt  litigations including the Zantac cases, the Paxil cases, the Norvasc cases, the Plavix cases, the Prevacid cases, the Elan nanoparticle patents 1990-present.

**Last Update:** February 2018

40